COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 04 11800 DPW

ADAM HELFAND, CARON HELFAND, )
AND MITCHELL HELFAND, )
             Plaintiffs )
)
v. )
)
THE JOHN DEWEY ACADEMY, INC., )
THOMAS BRATTER, KEN STEINER, AND )
GWENDOLYN HAMPTON, )
             Defendants )

## MOTION TO APPOINT SPECIAL PROCESS SERVER [RULE 4(c)]

Now comes the plaintiff in the above-entitled matter and moves that this Honorable Court appoint as a special process server, Dewsnap and Associates, by its Constables, Agents or disinterested persons who are qualified over the age of 18, knowledgeable in the service of process, and who are not parties in this action.

             Respectfully submitted,
             The Plaintiffs,
             Adam Helfand, Caron Helfand, and Mitchell Helfand,
             By their attorneys,

_____
Laurence E. Hardoon, B.B.O. No.: 221360
Djuna E. Perkins, B.B.O. No.: 561909
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Dated: August 17, 2004