COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 04-11800DPW

ADAM HELFAND, CARON HELFAND, )
AND MITCHELL HELFAND, )
           Plaintiffs )
)
v. )
)
THE JOHN DEWEY ACADEMY, INC., )
THOMAS BRATTER, CAROLE BRATTER, )
KEN STEINER, AND GWENDOLYN )
HAMPTON, )
           Defendants )
)

## AFFIDAVIT ACKNOWLEDGING SERVICE OF PROCESS

I, Dona Feeney, Esq., hereby certify that I have accepted Service of Process on behalf of Defendants The John Dewey Academy, Inc., Thomas Bratter, Carole Bratter, and Ken Steiner, and hereby waive any defense relating to Service of Process.

DATED: 1/23/04

_____
Dona Feeney, Esq.