UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

—————————————————— )
ADAM HELFAND, CARON HELFAND,        )
AND MITCHELL HELFAND,               )
                                    )    C.A. No. 04-11800-DPW
v.                                  )
                                    )
THE JOHN DEWEY ACADEMY, INC.,       )
THOMAS BRATTER, CAROLE              )
BRATTER, KEN STEINER, AND           )
GWENDOLYN HAMPTON,                  )
—————————————————— )

<u>Notice of Appearance</u>

Please enter my appearance as attorney for Defendants John Dewey Academy,

Inc., Thomas Bratter, Carole Bratter and Ken Steiner, in the above-captioned case.

I will be representing the above-named Defendants along with my Partner,

William A. Worth.

    /s/ Joseph D. Steinfield
Joseph D. Steinfield (BBO #478680)
PRINCE, LOBEL, GLOVSKY &
TYE LLP
585 Commercial Street
Boston, Massachusetts  02109
 (617) 456-8000
 (617) 456-8100 (fax)

Dated:  November 15, 2004