AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Adam Helfand, Caron Helfand, and
Mitchelle Helfand

V.

The John Dewey Academy, Inc., Thomas
Bratter, Carole Bratter, Ken Steiner,
and Gwendolyn Hampton

**SUMMONS IN A CIVIL ACTION**

04    11800DPW

CASE NUMBER:

TO: (Name and address of Defendant)   Gwendolyn Hampton, 68-69 Monument Valley Road,
Great Barrington, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laurence E. Hardoon, Esq. and Djuna E. Perkins, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

AUG 1 7 2004

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10 - 15 - 04 |

| NAME OF SERVER *(PRINT)* William Lavallee | TITLE Process Server & Disinterested Person |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. by Serving "in-hand" to Jayson memo donca,

Name of person with whom the summons and complaint were left: (Roommate)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10 - 15 - 04
          *Date*

*Signature of Server*    Process Server & Disinterested Person

92 State Street, Boston, MA 02109
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.