UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM HELFAND, CARON HELFAND, AND MITCHELL HELFAND,  )<br>)<br>)<br>)<br>v.  )<br>)<br>THE JOHN DEWEY ACADEMY, INC., )<br>THOMAS BRATTER, CAROLE )<br>BRATTER, KEN STEINER, AND )<br>GWENDOLYN HAMPTON, )<br>) | C.A. No. 04-11800-DPW |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT

    Please enter my appearance as attorney for defendants John Dewey Academy, Inc.; Thomas Bratter; Carole Bratter; and Ken Steiner in the above-captioned matter.

    I will be representing the above-named defendants along with Attorneys Joseph D. Steinfield and William A. Worth.

                                            Respectfully submitted,

                                            /s/ Paige A. Scott Reed
                                          Paige A. Scott Reed, BBO #637905
                                          Prince, Lobel, Glovsky & Tye LLP
                                          585 Commercial Street
                                          Boston, MA 02109
                                          (617) 456-8000

Date:_____