COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 04-11800DPW

ADAM HELFAND, CARON HELFAND, )
AND MITCHELL HELFAND, )
      Plaintiffs )
)
v. )
)
THE JOHN DEWEY ACADEMY, INC., )
THOMAS BRATTER, CAROLE BRATTER, )
KEN STEINER, AND GWENDOLYN )
HAMPTON, )
      Defendants )

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

          Plaintiffs,
          By their attorneys,
          BRODY, HARDOON, PERKINS & KESTEN, LLP

_____
Mitchell Helfand

_____
Laurence E. Hardoon, BBO# 221360
Djuna E. Perkins, BBO# 561909
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: January 03, 2005

1

COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 04-11800DPW

ADAM HELFAND, CARON HELFAND, )
AND MITCHELL HELFAND, )
               Plaintiffs )
     )
v. )
     )
THE JOHN DEWEY ACADEMY, INC., )
THOMAS BRATTER, CAROLE BRATTER, )
KEN STEINER, AND GWENDOLYN )
HAMPTON, )
               Defendants )

## CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

               Plaintiffs,
               By their attorneys,
               BRODY, HARDOON, PERKINS & KESTEN, LLP

_____    _____
Caron Helfand                Laurence E. Hardoon, BBO# 221360
                                Djuna E. Perkins, BBO# 561909
                                One Exeter Plaza
                                Boston, MA 02116
                                (617) 880-7100

DATED: January 03, 2005

1

**COMMONWEALTH OF MASSACHUSETTS**
**UNITED STATES DISTRICT COURT**

CIVIL ACTION NO.: 04-11800DPW

ADAM HELFAND, CARON HELFAND, )
AND MITCHELL HELFAND, )
                  **Plaintiffs** )
)
v. )
)
THE JOHN DEWEY ACADEMY, INC., )
THOMAS BRATTER, CAROLE BRATTER, )
KEN STEINER, AND GWENDOLYN )
HAMPTON, )
                  **Defendants** )
_____)

### CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                      Plaintiffs,
                                      By their attorneys,
KESTEN, LLP                         BRODY, HARDOON, PERKINS &

_/s/ Adam Helfand_                    _/s/ Laurence E. Hardoon_
Adam Helfand                          Laurence E. Hardoon, BBO# 221360
                                        Djuna E. Perkins, BBO# 561909
                                        One Exeter Plaza
                                        Boston, MA 02116
                                        (617) 880-7100

DATED: January 03, 2005