UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADAM HELFAND, CARON HELFAND, )
AND MITCHELL HELFAND, )
)
)    C.A. No. 04-11800-DPW
v. )
)
THE JOHN DEWEY ACADEMY, INC., )
THOMAS BRATTER, CAROLE )
BRATTER, KEN STEINER, AND )
GWENDOLYN HAMPTON, )
)

**CERTIFICATE IN COMPLIANCE WITH LOCAL RULE 16.4**

The undersigned certify that the defendants, John Dewey Academy, Inc., Thomas Bratter, Carole Bratter and Ken Steiner have conferred with their attorneys with a view to establishing a budget for the costs of conducting the full course of the above-referenced matter, including various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute programs.

Respectfully submitted,

The John Dewey Academy, Inc.,
Thomas Bratter
Carole Bratter
Ken Steiner

By their attorneys,

Joseph D. Steinfield, BBO # 478680
William A. Worth, BBO # 544086
Paige Scott Reed, BBO #637905
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

The John Dewey Academy

By its President, Thomas Bratter

Thomas Bratter

Ken Steiner

Carole Bratter

DATED: January 4, 2005

2