| INFORMATION | STATE OF CONNECTICUT | |
|---|---|---|
| JD-CR-71 Rev. 7-87  SUBSTITUTE | SUPERIOR COURT | |
| (Old CCP-106) | | DISPOSITION DATE 7-21-95 |

## TITLE, ALLEGATION, AND COUNTS

| STATE OF CONNECTICUT VS. (Name of Accused) | G.A. | DOCKET NO. |
|---|---|---|
| Thomas Lauro Prather | 18 | 93-80618 |

ADDRESS: 53 Long Rd. Salisbury, CT

The undersigned ~~Deputy~~ Assistant State's Attorney of the Superior Court of the State of Connecticut, in said Geographical Area, on his oath of office complains, deposes, and alleges that he has reason to believe and does believe that

| | CONTINUED TO | PURPOSE | REASON |
|---|---|---|---|
| 1. | 7-21-95 | DP | PSI - Sentencing |

**FIRST COUNT — DID COMMIT THE CRIME OF** Unlawful Restraint in the Second Degree
AT (TOWN) Salisbury    ON OR ABOUT 3-20-93 thru 6-2-93    IN VIOLATION OF GENERAL STATUTE NO. 53a-96

DATE 6-6-95   SIGNED (DEPUTY ASSISTANT STATE'S ATTORNEY) David Shepack

## COURT ACTION

ATTY: Hubert Santos, Thomas Puccio Pro Hac Vice

| DATE OF PLEA | PLEA | VERDICT/FINDING | DAYS IN JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|
| FIRST COUNT 06-06-95 | Nolo | GY | 1 year E/S | 3 years Probation with conditions: 1) Donate $50,000.00 to charities according to list agreed to by defendant and state (list attached) 2) 500 hours Community Service to municipal agencies |

STATE'S ATTY. ON ORIG. DISP.: David Shepack
REPORTER ON ORIG. DISP.: Robin Bournival
SIGNED (CLERK ON ORIG. DISP.): Robert C. Stearns Jr

| DATE | OTHER COURT ACTION | JUDGE |
|---|---|---|
| 06-06-95 | DEF. CANVASSED. PLEA MADE VOL., KNOW., INTELL., W/ADV OF COUNSEL IN FULL AWARE. OF CONSEQ. FACT. BASIS FOUND. Nolo PLEA ACCPTED & REC. FIND. OF GUILTY MADE.  PSI | Pickett, J. |
| | Fees and Costs Imposed  200 / 15   Paid 7-24-95 #494340 $215.00 | |

TRIAL (TOWN): Litchfield

**...R OF PROBATION**
JD-...-66  Rev. 1-89
Gen. Stat. § 18-78, 53a-29, 30, 31, 32, 33, 54-108

**STATE OF CONNECTICUT**
**SUPERIOR COURT**



**TO: The Defendant named below**

| FROM (Judicial District or G.A.) | AT | JUDGE ORDERING PROBATION | DOCKET NO. |
|---|---|---|---|
| Litchfield JD | Litchfield | Walter M. Pickett, Jr., J | CR93-80618 |

| NAME OF DEFENDANT | DATE SENTENCED | SENTENCED TO A TERM OF |
|---|---|---|
| Thomas Edward Bratter | 7/21/95 | 1 year |

MODIFICATION OF ORIGINAL SENTENCE (Specify new sentence) | DATE OF MODIFICATION

CRIME(S) CONVICTED/ADJUDICATED OF (include General Statute sections violated)

Unlawful Restraint 2, 53a-96

Execution of the above sentence is suspended, effective  ☒ IMMEDIATELY  ☐ AFTER

Subject to an **ORDER OF PROBATION**

| FOR A PERIOD OF | TO COMMENCE |
|---|---|
| 3 years | ☒ IMMEDIATELY  ☐ ON THE DAY YOU ARE RELEASED FROM IMPRISONMENT |

**NOTICE TO DEFENDANT**

You have been convicted/adjudicated of the crime(s) specified above in violation of the Connecticut General Statute(s) stated above and are hereby sentenced to the custody of the Commissioner of Corrections or his agent for the term described above, execution suspended as shown above, subject to an order of probation for the period specified above.

During the period of such probation, if you do not comply with the order set forth below, the Court may issue a warrant for your arrest, revoke your probation and require you to serve the above sentence, or may change the term or the conditions of your probation.
(Connecticut General Statute 53a-32)

It is ordered and adjudged that:

a. Execution of said sentence be suspended to the extent shown above and that said defendant be placed on probation under the charge and supervision of the Office of Adult Probation, for the period of probation above shown.

b. Said defendant during the probationary term fixed shall abide by the written statement of the conditions of probation furnished by the probation officer and the instructions given regarding the same.

c. Said defendant shall abide by the following special conditions of probation:

d. Donate $50,000.00 to charities according to list agreed to by defendant and state (list attached)

e. Perform 500 hours community service (to municipal agencies)

SIGNED (Assistant Clerk)   Robert (signature)   By Order of the Court   DATE SIGNED 7/21/95

**DISTRIBUTION:**  WHITE and YELLOW-send to Probation Officer    PINK-retained in court file



**UNIFORM ARREST REPORT** — COURT ORIGINAL
JD-CR-21 Rev. 6-91

NAME OF ACCUSED: BRATTER, Thomas Edward
NO., STREET, CITY AND STATE: 53 Logan Rd., Salisbury, Ct.
SEX: M   RACE: W   D.O.B.: 5-10-36   PLACE OF BIRTH: New York
OPERATOR'S LICENSE NO.: 056393275   STATE: Conn.
SOCIAL SECURITY NO.: 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
☐ SURETY  AMOUNT OF BOND: $50,000.00
☐ DETAINED  ☒ CASH  ☐ OTHER
CHARGE(S) AND STATUTE NO.:
Sexual Assault 1st  53a-70(a)(4)
Sexual Assault 2nd  53a-71(a)(4)
Sexual Assault 4th  53a-73(a)(d)
G.A. NO.: 18
PLACE OF ARREST: North Canaan
COURT DATE: 9-27-93
DATE FINGERPRINTED: 9-16-93
ARRESTING OFFICER: Det. James Caputo   SHIELD NO.: 926
CONTRIBUTOR/ORI: C.S.P. - B
COMPANION U.A.R. NO.: 024634
DOCKET NO.: 18-080618
DATE AND TIME ARRESTED: 9-16-93 0855
LOCATION OF OFFENSE: Salisbury

---

**RECEIPT RECORD**
JD-CL-35 New 5-87

DOCKET NUMBER
LLR CR 93 0080618 S
STATE VS
BRATTER
RCS
////////////////////////

CODE    620 #
PGN FE    200.00 T

CODE    730 #
COST CG    15.00 T
////////////////////////

CHECK-P    215.00
#494340    07/24/95
#494340 C001 R01 T11:33
07/24/95

OFFICIAL DOCUMENT - DO NOT REMOVE FROM CASE FILE