

# Trial Court Information Center
## Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Charges

# Commonwealth v Bratter, Thomas

## 2 Charges for Docket: MICR1993-01559

| No. | Indictment: | Charge Description: | Status: |
|-----|-------------|---------------------|---------|
| 1 | MIDA93-01559 | Rape | Nolle prosequi |
| 2 | MIDA93-01559 | Indecent assault & battery on person 14 or over | Nolle prosequi |

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



**Trial Court Information Center**
Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Attorneys

# Commonwealth v Bratter, Thomas

**4 Attorneys Associated with Docket: MICR1993-01559** | Click last name to view contact information

| No. | Last Name: | First Name: | Party Role: | Representing: |
|---|---|---|---|---|
| 1 | Ames | Mary K | Defendant | Bratter, Thomas |
| 2 | Carroll | Judith Ann | Plaintiff | Commonwealth |
| 3 | Connell | Patrick D | Plaintiff | Commonwealth |
| 4 | Galvin | John M | Defendant | Bratter, Thomas |

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

# Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|-----|-------------|-----------|---------------|
| 1 | 09/30/1993 | 1 | Indictment returned |
| 2 | 09/30/1993 |   | Note: 001 (2cts) 002 (3cts) |
| 3 | 10/06/1993 | 2 | Summons for arraignment issued and copy returned. Return Date: |
| 4 | 10/12/1993 |   | Appearance of Commonwealth's Atty: Connell |
| 5 | 10/12/1993 |   | Appearance of Deft's Atty: Galvin for arraignment only. |
| 6 | 10/12/1993 | 3 | Motion by Deft: Pro Vice Mal, Filed in Court. |
| 7 | 10/12/1993 |   | Deft Motion #3 allowed (Robert A Barton, Justice) |
| 8 | 10/12/1993 |   | Appearance of Deft's Atty: Thomas P. Puccio, 277 Park Ave. New York, |
| 9 | 10/12/1993 |   | Deft arraigned before Court |
| 10 | 10/12/1993 |   | RE offense 1: Plea of not guilty to each count |

**Scroll Results:**   « First   ‹ Previous   Next ›   Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
|   |   |   |   |   | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.

http://www.ma-trialcourts.org/tcic/fc/?app_ctx=dentry&nav_ctx=ci_u&srch_ctx=doc_cr&parent_ctx=41&scroll_type=1   Page 1 of 1



# Trial Court Information Center
Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

## Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 11 | 10/12/1993 | | RE offense 2: Plea of not guilty to each count |
| 12 | 10/12/1993 | | Bail set: $50,000 With surety or $5000 cash to be posted on or before |
| 13 | 10/12/1993 | | Continued until 11/1/93 for PTC by agreement. |
| 14 | 10/12/1993 | | Reporter present: Nancy Lowney |
| 15 | 10/13/1993 | 4 | Bail satisfied: $$5000 Red No.6643 |
| 16 | 11/01/1993 | | Continued until 12/15/93 for NEM by agreement. Defendant excused. |
| 17 | 11/01/1993 | | Reporter present: Nancy Lowney |
| 18 | 11/01/1993 | 5 | Pre-trial conference report, filed in Court. |
| 19 | 12/15/1993 | | Continued until 1/7/94 for NEM by agreement. |
| 20 | 12/15/1993 | | Reporter present: Nancy Lowney |

**Scroll Results:**     « First     ‹ Previous     Next ›     Last »

| **Docket Details:** | **Parties** | **Attorneys** | **Docket Entries** | **Calendar Events** | **Charges** |
|---|---|---|---|---|---|
| | | | | | **Print Docket** |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

# Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|-----|-------------|-----------|---------------|
| 21 | 01/03/1994 | 6 | Motion by Deft: For Exculpatory Evidence. |
| 22 | 01/03/1994 | 7 | Motion by Deft: To Have Complaining Witness Tested For Competency. |
| 23 | 01/03/1994 | 8 | Motion by Deft: For List Of All People Interviewed By The Police |
| 24 | 01/03/1994 | 9 | Omnibus Motion by Deft: For Discovery And Proceedings Pursuant To |
| 25 | 01/03/1994 | 10 | Motion by Deft: For Probation Records Of The Commonwealth's |
| 26 | 01/03/1994 | 11 | Motion by Deft: For Discovery. |
| 27 | 01/03/1994 | 12 | Motion by Deft: To File Motions Late. |
| 28 | 01/07/1994 | | Continued until 2/3/94 for NEM by agreement. |
| 29 | 02/03/1994 | | Continued until 2/25/94 for status by agreement. |
| 30 | 02/03/1994 | | Deft Motion #6 After hearing motion is denied, without prejudice |

**Scroll Results:**   « First   ‹ Previous   Next ›   Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



## Trial Court Information Center
### Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

# Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 31 | 02/03/1994 |  | Deft Motion #7 Opposed by Commonwealth. |
| 32 | 02/03/1994 |  | Deft Motion #8 Opposed by Commonwealth. |
| 33 | 02/03/1994 |  | Deft Motion #10 Commonwealth Agrees To Provide Deft With The Names |
| 34 | 02/03/1994 |  | Deft Motion #11 (1) Opposed as unclear (2) No (3) Agreed that |
| 35 | 02/03/1994 |  | Deft Motion #12 Commonwealth agrees to permit further motions within |
| 36 | 02/03/1994 | 13 | Commonwealth Files Notice Of Discovery. |
| 37 | 02/03/1994 |  | Reporter present: Nancy Lowney |
| 38 | 02/03/1994 | 14 | Commonwealth Files Response To Defendant's Non-Evidentiary Motions. |
| 39 | 02/25/1994 |  | Continued until 3/28/94 for NEM by agreement. |
| 40 | 03/28/1994 |  | Continued until 4/13/94 for NEM by agreement. |

**Scroll Results:**      « First      ‹ Previous      Next ›      Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
|  |  |  |  |  | **Print Docket** |

Massachusetts Administrative Office of the Trial Court                                    Terms of Use
© Copyright, 2000-2001                                           System data reflects current activity.
» Logout

# Trial Court Information Center
## Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

## Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559**  |  Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 41 | 03/28/1994 |  | Reporter present: Nancy Lowney |
| 42 | 04/13/1994 |  | Continued until 5/17/94 for NEM by agreement. |
| 43 | 04/13/1994 |  | Reporter present: Nancy Lowney |
| 44 | 05/05/1994 | 15 | Motion by Deft: For Reconsideration (Bishop-Civilian Witnesses) |
| 45 | 05/13/1994 | 16 | Motion by Deft: To Compel Commonwealth to Have Witness Sign |
| 46 | 05/16/1994 |  | Deft Motion (P#15)This Court Does Not View the Courts Statement in |
| 47 | 05/17/1994 |  | Deft Motion (P#16) denied (Robert H Bohn, Justice) |
| 48 | 05/17/1994 | 17 | Motion by Deft: For an Order Compelling the Production of Records |
| 49 | 05/17/1994 |  | Deft Motion (P#17) allowed (Robert H Bohn, Justice) |
| 50 | 05/17/1994 | 18 | Petition Regeusting Subpoena Duces Tecum for Production of Out-Of- |

**Scroll Results:**   « First   ‹ Previous   Next ›   Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
|  |  |  |  |  | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.

http://www.ma-trialcourts.org/tcic/fc/?app_ctx=dentry&nav_ctx=ci_u&srch_ctx=doc_cr&parent_ctx=41&scroll_type=3    Page 1 of 1

# Trial Court Information Center
## Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

# Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559** | Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 51 | 05/17/1994 | | Deft Petition (P#18) allowed (Robert H Bohn, Justice) |
| 52 | 05/17/1994 | 19 | Order: Production of Records under Commonwealth vs Bishop, (Robert H |
| 53 | 05/17/1994 | 20 | Order: Production of Records under Commonwealth vs Bishop (Robert H |
| 54 | 05/17/1994 | | Continued until 06/29/94 Bishop Status |
| 55 | 05/17/1994 | | Reporter present: Betty Buchnan |
| 56 | 05/27/1994 | | Hospital Records From McLean Hospital Received |
| 57 | 06/14/1994 | | Hospital records from St. Elizabeth received |
| 58 | 06/24/1994 | | Hospital records from Univ Of New Jersey School of Medicine received |
| 59 | 06/29/1994 | | Continued until 08/24/94 status |
| 60 | 06/29/1994 | | Reporter present: Elizabeth Buchanan |

**Scroll Results:**  « First   ‹ Previous   Next ›   Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.

http://www.ma-trialcourts.org/tcic/fc/?app_ctx=dentry&nav_ctx=ci_u&srch_ctx=doc_cr&parent_ctx=41&scroll_type=3    Page 1 of 1


# Trial Court Information Center
Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

# Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559** | Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 61 | 07/11/1994 | | Hospital records from Dr. S.B. Khanna |
| 62 | 07/12/1994 | | Counseling Records Received From James Sitlaney MD |
| 63 | 08/24/1994 | | Continued until 09/28/94 Status |
| 64 | 08/24/1994 | | Reporter present: Elizabeth Buchanan |
| 65 | 09/28/1994 | | Continued until 12/1/94 for Bishop Status |
| 66 | 09/28/1994 | | Reporter present: ELizabeth Buchanan |
| 67 | 12/01/1994 | | Continued until 1/4/95 for Bishop Status |
| 68 | 12/01/1994 | | Reporter present: Elizabeth B Piper |
| 69 | 12/02/1994 | 21 | Summons for records to Dr Albert Nontano-DiFabio, N.J (Charles J |
| 70 | 12/02/1994 | 22 | Summons for records to Dr Leslie Powers, N.Y.(Charles T Spurlock, |

**Scroll Results:** « First  ‹ Previous  Next ›  Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

# Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559** | Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 71 | 12/02/1994 | | Reporter present: Elizabeth B Piper |
| 72 | 01/04/1995 | | Continued until 2/9/95 for Bishop Motion |
| 73 | 01/04/1995 | | Reporter present: Elizabeth B Piper |
| 74 | 01/05/1995 | 23 | Deft files Status Report (Psychiatric/Medical,etc Records) filed in |
| 75 | 01/05/1995 | 24 | Motion by Deft: to Have Non-Privileged Psychiatric and Medical |
| 76 | 02/09/1995 | | Continued until 3/10/95 for Bishop Motion |
| 77 | 02/09/1995 | | Reporter present: Elizabeth B Piper |
| 78 | 03/03/1995 | | Mental Health records from JFK Medical Center of Edison, NJ |
| 79 | 03/10/1995 | | Continued until 4/3/95 for Bishop Status |
| 80 | 03/10/1995 | | Reporter present: Elizabeth B Piper |

**Scroll Results:**   « First   ‹ Previous   Next ›   Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



# Trial Court Information Center
### Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

# Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 81 | 03/30/1995 |  | Continued until 4/25/95 for LC (Regina L Quinlan, Justice) |
| 82 | 03/31/1995 |  | Medical records received from Alberta Montano-Di Fabio, I.C.A.D.C. |
| 83 | 04/19/1995 |  | Records received from Carrier Foundation |
| 84 | 04/25/1995 |  | Continued until 05/24/94 for Status |
| 85 | 04/25/1995 |  | Reporter present: Elizabeth B Piper |
| 86 | 04/25/1995 | 25 | Motion by Deft: to dismiss (Impounded) |
| 87 | 04/25/1995 | 26 | Motion by Deft: To Suppress Evidence Derived fr. Wiretap Information |
| 88 | 05/24/1995 |  | Continued until 06/07/95 for BM |
| 89 | 05/24/1995 |  | Reporter present: Elizabeth B Piper |
| 90 | 06/07/1995 |  | Continued until 7/20/95 for EM |

**Scroll Results:**     « First     ‹ Previous     Next ›     Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
|  |  |  |  |  | **Print Docket** |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

# Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559** | Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|-----|-------------|-----------|---------------|
| 91  | 06/07/1995  |           | Reporter present: Elizabeth B Piper |
| 92  | 07/20/1995  |           | Continued until 8/8/95 for EM |
| 93  | 07/20/1995  |           | Reporter present: Virginia Karas |
| 94  | 08/08/1995  |           | Continued until 9/7/95 for EM |
| 95  | 08/08/1995  |           | Reporter present: Warren Greenlaw |
| 96  | 09/01/1995  | 27        | Motion by Deft: To Continue And Impound, With Affidavit, Filed In |
| 97  | 09/01/1995  |           | Deft Motion (P#27) Allowed By Agreement (Joseph M Marshall, CM) |
| 98  | 09/01/1995  |           | Paper #27 Impounded |
| 99  | 09/27/1995  |           | Continued until 10/13/95 for EM |
| 100 | 10/13/1995  |           | Continued until 11/13/95 for EM |

**Scroll Results:**   « First   ‹ Previous   Next ›   Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
|   |   |   |   |   | **Print Docket** |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.

AOTC Information Center                                                                                                                9/2/04 1:25 PM



# Trial Court Information Center
Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

## Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 101 | 10/13/1995 |  | Reporter present: Jacquelyn Healey (BA) |
| 102 | 11/09/1995 | 28 | Motion by Deft: For Advance And Cotniniuance, Filed in Court |
| 103 | 11/09/1995 |  | Reporter present: Harrie Sears |
| 104 | 11/09/1995 |  | Deft Motion (P#28) Allowed (Paul A Chernoff, Justice) |
| 105 | 11/09/1995 |  | Continued until 12/01/95 for Motions |
| 106 | 11/15/1995 | 28 | Deft files Supplemental Memorandum In Support Of Motion To Dismiss |
| 107 | 11/15/1995 | 28 | Deft files Supplemental Memorandum In Support Of Motion To Suppress |
| 108 | 11/15/1995 | 28 | Deft files Supplemental Motion To Suppress Evidence Derived From |
| 109 | 12/01/1995 |  | Continued until 12/15/95 for status |
| 110 | 12/01/1995 |  | Reporter present: Harriet Sears |

**Scroll Results:**       « First       ‹ Previous       Next ›       Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
|  |  |  |  |  | **Print Docket** |

Massachusetts Administrative Office of the Trial Court                                                                 Terms of Use
© Copyright, 2000-2001                                                                  System data reflects current activity.
» **Logout**


# Trial Court Information Center
## Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

## Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559**  |  Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|-----|-------------|-----------|---------------|
| 111 | 12/15/1995 |  | Continued until 1/5/96 for status |
| 112 | 12/15/1995 |  | Reporter present: Harriet Sears |
| 113 | 01/05/1996 |  | Continued until 1/29/96 for EM |
| 114 | 01/05/1996 |  | Reporter present: Joan Cave |
| 115 | 01/24/1996 |  | Continued until 2/27/96 for EM by agreement |
| 116 | 02/27/1996 |  | Continued until 3/21/96 for Motion to Dismiss |
| 117 | 02/27/1996 |  | Reporter present: John Lynch |
| 118 | 02/27/1996 |  | Appearance of Commonwealth's Atty: Carroll Filed |
| 119 | 02/27/1996 | 29 | Motion by Deft: To Advance And Continue Filed |
| 120 | 02/27/1996 |  | Motion (P#29) allowed (Joseph M Marshall C/M) |

**Scroll Results:**     « First    ‹ Previous    Next ›    Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
|  |  |  |  |  | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.

AOTC Information Center                                                                                           9/2/04 1:26 PM



Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

# Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|-----|-------------|-----------|---------------|
| 121 | 03/19/1996  |           | 04/23/96 for Status |
| 122 | 03/19/1996  |           | Reporter present: Bob Jacques |
| 123 | 03/19/1996  | 30        | Motion by Deft: To Advance And Continue With Affidavit Filed In Court |
| 124 | 03/19/1996  |           | Motion (P#30) after hearing allowed ADA. J. Carroll has no objection |
| 125 | 04/23/1996  |           | Continued until 05/03/96 for Question of Counsel |
| 126 | 04/23/1996  |           | Reporter present: Debra Belanger |
| 127 | 04/30/1996  |           | Appearance of Deft's Atty: Ames |
| 128 | 05/03/1996  |           | Sent to 8B |
| 129 | 05/03/1996  | 31        | Motion to Assign Dates |
| 130 | 06/16/1996  | 32        | Motion To Continue, Filed In Court |

**Scroll Results:**    « First    ‹ Previous    Next ›    Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
|   |   |   |   |   | **Print Docket** |

Massachusetts Administrative Office of the Trial Court                                  Terms of Use
© Copyright, 2000-2001                                                        System data reflects current activity.
» Logout

# Trial Court Information Center
## Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

## Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|-----|-------------|-----------|---------------|
| 131 | 06/19/1996 |  | Returned to First Session |
| 132 | 06/19/1996 |  | Continued until 7/16/96 for status and 8/26/96 for motions |
| 133 | 06/19/1996 |  | Reporter present: David McAuliffe |
| 134 | 06/24/1996 |  | Motion (P#32) Counsel Came Into Court Returning From Court Room 8B By |
| 135 | 08/23/1996 | 33 | Joint Motion For Continuance, Filed in Court |
| 136 | 08/23/1996 |  | Motion (P#33) Allowed By Agreement Of Counsel (Lucie B Pasquale, ACM) |
| 137 | 08/23/1996 |  | Rule 36 Waived As To This Continuance |
| 138 | 08/23/1996 |  | Continued until 10/10/96 for Motion to Suppress |
| 139 | 10/09/1996 | 34 | Motion by Deft: For Further Continuance Filed in Court |
| 140 | 10/09/1996 |  | Motion (P#34) allowed (Lucie B Pasquale, A/C/M) |

**Scroll Results:**   « First   ‹ Previous   Next ›   Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
|  |  |  |  |  | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.


# Trial Court Information Center
Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

## Commonwealth v Bratter, Thomas

**149 Docket Entries for Docket: MICR1993-01559**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 141 | 10/09/1996 | | Rule 36 waived |
| 142 | 10/09/1996 | | Reporter present: Erika Goldberg |
| 143 | 12/16/1996 | | Continued until 2/26/97 for Motion Hearing |
| 144 | 12/16/1996 | | Rule 36 Waived |
| 145 | 12/16/1996 | | Reporter present: Debbie Belanger |
| 146 | 02/25/1997 | | Request For Continuance Filed And Allowed (Raymond J Brassard, |
| 147 | 03/13/1997 | 35 | Nolle prosequi filed in Court |
| 148 | 03/13/1997 | | RE offense 1: Nolle prosequi |
| 149 | 03/13/1997 | | RE offense 2: Nolle prosequi |

**Scroll Results:**   « First   ‹ Previous   Next ›   Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |



Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries » Entry Text

# Commonwealth v Bratter, Thomas

## Docket Entry Details for Docket: MICR1993-01559

| No. | Docket Entry: |
|---|---|
| 1 | Deft Motion (P#15)This Court Does Not View the Courts Statement in |
| 2 | Commonwealth v. Parris S-J-94-003 that"2 do not consider the |
| 3 | principles in Commonwealth v. Bishop 416, Mass. 169(1993) as |
| 4 | applicable only to sexual assault cases" to mean that Bishop to be |
| 5 | interpreted as expanding pre trial discovery of Bishop material to |
| 6 | witnesses other than the alleged victim, accordingly, the within |
| 7 | motion is DENIED, Roseman, J. |

**Docket Details:** **Parties** **Attorneys** **Docket Entries** **Calendar Events** **Charges**

**Print Docket**

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



**Trial Court Information Center**
Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries » Entry Text

# Commonwealth v Bratter, Thomas

## Docket Entry Details for Docket: MICR1993-01559

| No. | Docket Entry: |
|---|---|
| 1 | Deft Motion #11 (1) Opposed as unclear (2) No (3) Agreed that |
| 2 | Commonwealth will provide names of said New Jersey Police Officers |
| 3 | and their reports. (4) Already provided. |

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.