

# Trial Court Information Center
## Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Attorneys

## Commonwealth v Bratter, Thomas

**2 Attorneys Associated with Docket: MICR1997-00405** | Click last name to view contact information

| No. | Last Name: | First Name: | Party Role: | Representing: |
|---|---|---|---|---|
| 1 | Ames | Mary K | Defendant | Bratter, Thomas |
| 2 | Carroll | Judith Ann | Plaintiff | Commonwealth |

**Docket Details:**   **Parties**   **Attorneys**   **Docket Entries**   **Calendar Events**   **Charges**

**Print Docket**

---

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



# Trial Court Information Center
Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

# Commonwealth v Bratter, Thomas

**44 Docket Entries for Docket: MICR1997-00405**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 1 | 02/27/1997 | 2 | Summons for arraignment issued For 3/13/97 |
| 2 | 02/28/1997 | 1 | Indictment returned |
| 3 | 03/13/1997 | 3 | Commonwealth files Statement Of,The Case, Filed In Court |
| 4 | 03/13/1997 | | Appearance of Deft's Atty: Ames |
| 5 | 03/13/1997 | | Appearance of Commonwealth's Atty: Carroll |
| 6 | 03/13/1997 | | Deft arraigned before Court |
| 7 | 03/13/1997 | | RE offense 2: Plea of not guilty |
| 8 | 03/13/1997 | | RE offense 3: Plea of not guilty |
| 9 | 03/13/1997 | | RE offense 4: Plea of not guilty |
| 10 | 03/13/1997 | | RE offense 5: Plea of not guilty |

**Scroll Results:**    « First    ‹ Previous    Next ›    Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.

# Trial Court Information Center
Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

## Commonwealth v Bratter, Thomas

**44 Docket Entries for Docket: MICR1997-00405**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 11 | 03/13/1997 | | Bail set: $50,000 surety or $5,000 cash w/o prejudice (Charles M |
| 12 | 03/13/1997 | | Bail to be transfered from #93-1553 |
| 13 | 03/13/1997 | | ORDERED: No Contact (Charles M Grabau, Justice) |
| 14 | 03/13/1997 | | Bail warning read in open court |
| 15 | 03/13/1997 | | Continued until 4/29/97 for PTC |
| 16 | 03/13/1997 | | Reporter present: Melissa MacDonald |
| 17 | 03/14/1997 | | RE offense 1: Plea of not guilty |
| 18 | 04/28/1997 | 4 | Request For Continuance Allowed- (Lucie B. Pasquale, ACM) |
| 19 | 04/28/1997 | | Continued until 06/16/97 Motion to Suppress |
| 20 | 04/28/1997 | | Reporter present: Deborah Belanger |

**Scroll Results:**   « First   ‹ Previous   Next ›   Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.

http://www.ma-trialcourts.org/tcic/fc/?app_ctx=dentry&nav_ctx=ci_u&srch_ctx=doc_cr&parent_ctx=42&scroll_type=3   Page 1 of 1

# Trial Court Information Center
### Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

# Commonwealth v Bratter, Thomas

**44 Docket Entries for Docket: MICR1997-00405**  |  Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 21 | 06/16/1997 | | Continued until 07/21/97 Filing Motion to Dismiss & 08/06/97 |
| 22 | 06/16/1997 | | Reporter present: Dave McAuliffe |
| 23 | 06/16/1997 | 5 | Commonwealth files Memorandum In Opposition To Defendants Motion To |
| 24 | 07/22/1997 | 6 | Motion by Deft: To Dismiss |
| 25 | 07/22/1997 | 7 | Motion by Deft: To Dismiss |
| 26 | 07/31/1997 | | Request: For Continuance Filed & Allowed (Lucie B. Pasquale ACM) |
| 27 | 07/31/1997 | | Continued until 09/17/97 Motion to Suppress |
| 28 | 07/31/1997 | | Reporter present: Deborah Belanger |
| 29 | 09/16/1997 | | Parties came into court, ACM Lucie B. Pasquale- ADA Judith Carroll - |
| 30 | 09/16/1997 | | Reporter present: Debbie Belanger |

**Scroll Results:**    « First    ‹ Previous    Next ›    Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.

http://www.ma-trialcourts.org/tcic/fc/?app_ctx=dentry&nav_ctx=ci_u&srch_ctx=doc_cr&parent_ctx=42&scroll_type=3    Page 1 of 1



Trial Court Information Center
Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries » Entry Text

# Commonwealth v Bratter, Thomas

**Docket Entry Details for Docket: MICR1997-00405**

| No. | Docket Entry: |
|---|---|
| 1 | ORDERED: Memorandum Of Decision And Order On Defendants Motion To |
| 2 | Dismiss Re: Order For The Foregoing Reasons The Defendants Motion To |
| 3 | Dismiss Is Allowed Without Prejudice (Judith A Cowin, Regional |
| 4 | Administrative Justice) |

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



Home » County Inquiry » Criminal Docket Search » Docket Details » Docket Entries

# Commonwealth v Bratter, Thomas

**44 Docket Entries for Docket: MICR1997-00405**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 41 | 01/05/1998 | | RE offense 2: Dismissed |
| 42 | 01/05/1998 | | RE offense 3: Dismissed |
| 43 | 01/05/1998 | | RE offense 4: Dismissed |
| 44 | 01/05/1998 | | RE offense 5: Dismissed |

**Scroll Results:**   « First   ‹ Previous   Next ›   Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events | Charges |
|---|---|---|---|---|---|
| | | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



Trial Court Information Center
Commonwealth of Massachusetts

Home » County Inquiry » Criminal Docket Search » Docket Details » Charges

# Commonwealth v Bratter, Thomas

**5 Charges for Docket: MICR1997-00405**

| No. | Indictment: | Charge Description: | Status: |
|---|---|---|---|
| 1 | MIDA97-00405 | Rape | Dismissed |
| 2 | MIDA97-00405 | Rape | Dismissed |
| 3 | MIDA97-00405 | Rape | Dismissed |
| 4 | MIDA97-00405 | Indecent assault & battery on person 14 or over | Dismissed |
| 5 | MIDA97-00405 | Indecent assault & battery on person 14 or over | Dismissed |

**Docket Details:**   **Parties**   **Attorneys**   **Docket Entries**   **Calendar Events**   **Charges**

**Print Docket**

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.