

# Trial Court Information Center
Commonwealth of Massachusetts

Home » County Inquiry » Civil Docket Search » Docket Details

## Oleckna v Bratter et al

**Details for Docket: MICV1996-02297**

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | MICV1996-02297 | **Caption:** | Oleckna v Bratter et al |
| **Filing Date:** | 04/18/1996 | **Case Status:** | Disposed: by Settlement |
| **Status Date:** | 08/23/2000 | **Session:** | Cv J (9B Cambridge) |
| **Lead Case:** | NA | **Case Type:** | Complex |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 04/14/2000 |
| **Service Date:** | 07/17/1996 | **Disposition:** | 08/14/2000 |
| **Rule 15:** | 09/15/1996 | **Rule 12/19/20:** | 09/15/1996 |
| **Final PTC:** | 06/14/2000 | **Rule 56:** | 05/14/2000 |
| **Answer Date:** | 09/15/1996 | **Jury Trial:** | YES |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | MICV1996-02297 | **Caption:** | Oleckna v Bratter et al |
| **Filing Date:** | 04/18/1996 | **Case Status:** | Disposed: by Settlement |
| **Status Date:** | 08/23/2000 | **Session:** | Cv J (9B Cambridge) |
| **Lead Case:** | NA | **Case Type:** | Services, labor, materials |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 04/14/2000 |
| **Service Date:** | 07/17/1996 | **Disposition:** | 08/14/2000 |
| **Rule 15:** | 09/15/1996 | **Rule 12/19/20:** | 09/15/1996 |
| **Final PTC:** | 06/14/2000 | **Rule 56:** | 05/14/2000 |
| **Answer Date:** | 09/15/1996 | **Jury Trial:** | YES |

**Docket Details:**   **Parties**   **Attorneys**   **Docket Entries**   **Calendar Events**

**Print Docket**

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



**Trial Court Information Center**
Commonwealth of Massachusetts

Home » County Inquiry » Civil Docket Search » Docket Details » Attorneys

# Oleckna v Bratter et al

**8 Attorneys Associated with Docket: MICV1996-02297** | Click last name to view contact information

| No. | Last Name: | First Name: | Party Role: | Representing: |
|---|---|---|---|---|
| 1 | Durso | Carmen L | Plaintiff | Oleckna, Kenneth S |
| 2 | Galvin | John M | Defendant | John Dewey Academy, Inc |
| 3 | Galvin | John M | Defendant | Bratter, Thomas E |
| 4 | Gillespie | Paul J | Defendant | John Dewey Academy, Inc |
| 5 | Gillespie | Paul J | Defendant | Bratter, Thomas E |
| 6 | Rose | William P | Defendant | Bratter, Thomas E |
| 7 | Rose | William P | Defendant | John Dewey Academy, Inc |
| 8 | Tatirosian | Lynne A | Plaintiff | Oleckna, Kenneth S |

**Docket Details:**  **Parties**  **Attorneys**  **Docket Entries**  **Calendar Events**

**Print Docket**

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



### Trial Court Information Center
Commonwealth of Massachusetts

Home » County Inquiry » Civil Docket Search » Docket Details » Docket Entries

# Oleckna v Bratter et al

**22 Docket Entries for Docket: MICV1996-02297**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 1 | 04/18/1996 | 1 | Complaint & civil action cover sheet filed |
| 2 | 04/18/1996 | | Origin 1, Type A01, Track F. |
| 3 | 07/16/1996 | 2 | SERVC RETRND: John Dewey Academy, in-hd 389 Main St. Barrington Ma. |
| 4 | 07/16/1996 | 3 | SERVC RETRND: Thomas E. Bratter in-hd 389 Main St. Barrington, Ma. |
| 5 | 08/01/1996 | 4 | ANSWER: Thomas E. Bratter (Defendant) |
| 6 | 08/01/1996 | | ANSWER: John Dewey Academy, Inc. (Defendant) |
| 7 | 08/13/1996 | 5 | Amended ANSWER of Defs'. Thomas E. Bratter and The John Dewey Academy |
| 8 | 09/05/1996 | 6 | Plff's Motion to amend complaint by adding counts based upon M.G.L. |
| 9 | 09/12/1996 | | Case status changed to "Needs review for answers" at service deadline |
| 10 | 09/12/1996 | | Motion (P#6) allowed (Margot Botsford, Regional Administrative |

**Scroll Results:**   « First   ‹ Previous   Next ›   Last »

**Docket Details:**   **Parties**   **Attorneys**   **Docket Entries**   **Calendar Events**

**Print Docket**

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



Home » County Inquiry » Civil Docket Search » Docket Details » Docket Entries

# Oleckna v Bratter et al

**22 Docket Entries for Docket: MICV1996-02297**   |   Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 11 | 09/12/1996 | 7 | Amended complaint & jury demand of Kenneth S Oleckna |
| 12 | 10/28/1996 | 8 | Defts' motion to stay discovery between the parties with affidavit of |
| 13 | 10/30/1996 |   | Case status changed to "Needs review for answers" at service deadline |
| 14 | 10/30/1996 |   | Case status changed to "Needs discovery" at answer deadline review |
| 15 | 11/07/1996 |   | Motion (P#8) allowed. Discovery between the parties is stayed pending |
| 16 | 01/22/1997 | 9 | ANSWER by Defs'. Thomas E. Bratter and The John Dewey Academy, Inc. |
| 17 | 01/27/1999 | 10 | Joint Motion to Remove Stay of Proceedings and to extend tracking |
| 18 | 02/01/1999 |   | Motion (P#10) allowed (Stephen E Neel, Regional Administrative |
| 19 | 10/06/1999 | 11 | Joint Motion To Extend Discovery Deadlines (from 10/15/99 to |
| 20 | 01/14/2000 | 12 | Joint motion to Amend Scheduling Order to April 14, 2000. |

**Scroll Results:**   « First   ‹ Previous   Next ›   Last »

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events |
|---|---|---|---|---|
|   |   |   |   | **Print Docket** |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.



# Trial Court Information Center
Commonwealth of Massachusetts

**Home** » **County Inquiry** » **Civil Docket Search** » **Docket Details** » Docket Entries

## Oleckna v Bratter et al

**22 Docket Entries for Docket: MICV1996-02297** | Click docket entry to view full text

| No. | Entry Date: | Paper No: | Docket Entry: |
|---|---|---|---|
| 21 | 01/20/2000 | | Joint Motion (P#12.0) to Amend Scheduling Order (to April 14, 2000) |
| 22 | 08/23/2000 | 13 | Stipulation of dismissal with prejudice, without costs |

**Scroll Results:**   « First   ‹ Previous   Next ›   Last »

**Docket Details:**   **Parties**   **Attorneys**   **Docket Entries**   **Calendar Events**

**Print Docket**

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

Terms of Use
System data reflects current activity.