# CRIMINAL DOCKET

| COURT DIVISION | ☐ Interpreter Required (language:) | DATE & JUDGE | DOCKET ENTRY |
|---|---|---|---|
| GT. BARRINGTON | | 8-12-99 <br> 8-12-99 | ☐ Attorney appointed (SJC R. 3:10) <br> ☐ Atty denied & Deft advised per 211D §2A <br> ☐ Waiver of counsel found after colloquy |

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**

Thomas Bratter
Main Street
Gt barrington, MA 01230

Terms of release set: **NO CONTACT W/ VICTIM**
☒ PR ☐ Bail:
☐ Held (276 §58A)
☐ See back for special conditions

| DEFT. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 5/18/39 M | 610 |

Arraigned and advised:
☒ Potential of bail revocation (276 §58)
☐ Right to bail review (276 §58)
☐ Right to drug exam (111E §10)

| DATE OF OFFENSE(S) | PLACE OF OFFENSE(S) |
|---|---|
| 2/28/99 | Gt barrington |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| John H. beckwith | Gt Barrington |

6/5/02 McElroy

Advised of right to jury trial
☐ Does not waive
☒ Waiver of jury trial found after colloquy
Advised of trial rights as pro se (Supp.R. 4)
Advised of right of appeal to Appeals Ct (R. 28)

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 8/3/99 | 8/12/99 8:30 am rep to prob |

**COUNT-OFFENSE**
a. INDECENT A&B ON PERSON 14 OR OVER c265 s13H

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | | | | 35 ☐ WAIVED |

| DISPOSITION DATE & JUDGE | SENTENCE OR OTHER DISPOSITION |
|---|---|
| 6-25-02 McElroy, J. | ☐ Sufficient facts found but continued without guilty finding until: |

DISPOSITION METHOD | FINDING
☒ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning *6-25 amended to lesser included charge of* | ☐ Not Guilty ☒ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☒ Probable Cause
☐ Bench Trial
☐ Jury Trial
☐ None of the above

☒ Probation 8/4/03   ☐ Pretrial probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/ restitution
☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim
  ☐ Request of Deft ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

*spec cond no unsupervised contact w/ any woman 18 or under.*

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☒ Probation terminated; defendant discharged

JUDGE / DATE

**COUNT-OFFENSE** Assault & Battery JBM

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT |
|---|---|---|---|---|
| | 50/mo prob pymt | | | 35.00 WAIVED |

4739B000008/23/02UWF

DISPOSITION METHOD | FINDING
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning | ☐ Not Guilty ☐ Guilty ☐ Not Responsible ☐ Responsible ☐ No Probable Cause ☐ Probable Cause
☐ Bench Trial
☐ Jury Trial
☐ None of the above

☐ Sufficient facts found but continued without guilty finding until:
☐ Probation ☐ Pretrial probation (276 §87) - until
☐ To be dismissed upon payment of court costs/ restitution
☐ Dismissed upon: ☐ Request of Comm. ☐ Request of victim
  ☐ Request of Deft ☐ Failure to prosecute ☐ Other:
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated; defendant discharged

---

*9929CR0656  4-27-01*
*Thomas Bratter*
*Motions + Records in the Safe*

---

| COURT ADDRESS |
|---|
| 9 Gilmore Avenue <br> Gt. Barrington, MA 01230 |

A TRUE COPY ATTEST: X    CLERK-MAGISTRATE/ASST. CLERK    ON (DATE)

☐ ADDITIONAL COUNTS ATTACHED

DC-CR 1 (12/95)

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|---|
| 1 | 7-12-98 | PM | ☐ Held  ☒ Cont'd | 9-9-99 PTH | JBM | | | |
| 2 | 9-9-99 | PTH | ☐ Held  ☒ Cont'd | 10-4-99 9am | Rutberg | | | |
| 3 | 10-4-99 | 9am | ☐ Held  ☒ Cont'd | 11-1-99 PTH | JBM | | | |
| 4 | 11-1-99 | PTH | ☐ Held  ☒ Cont'd | 12-9-99 PTH | JBM | | | |
| 5 | 12-9-99 | PTH | ☐ Held  ☒ Cont'd | 12-30-99 PTH | Vrabel | | | |
| 6 | 12-30-99 | PTH | ☐ Held  ☒ Cont'd | 1-26-00 PTH | McElroy | | | |
| 7 | 1-26-00 | PTH | ☐ Held  ☒ Cont'd | 3-1-00 PTH | McElroy | | | |
| 8 | 3-1-00 | PTH | ☐ Held  ☒ Cont'd | 5-12-00 Jury Trial | Rutberg | | | |
| 9 | BF 5/1/00 | | ☐ Held  ☒ Cont'd | 5/30/00 | PV | | | |
| 10 | 5-26-00 | BF M | ☐ Held  ☒ Cont'd | 5/30/00 PTH | AAB | | | |

ARR=Arraignment   PT= Pretrial hearing   CE = Discovery compliance & jury election   T= Bench trial   J = Jury trial   PC = Probable cause hearing   M = Motion hearing   SR = Status review
SRP = Status review of payments   FA = First appearance in jury session   S = Sentencing   CW = Continuance-without-finding scheduled to terminate   P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PR = Probation revocation hearing

## OTHER DOCKET ENTRIES

| ENTRY DATE | | |
|---|---|---|
| 9-9-99 | Discovery Numerous Motions filed | Arraigned: 7-12-98 |
| 10-4-99 | Compliance dt of 11-1-99 - JBM | Pol. Rpt./Record Prov.: 7-12-98 |
| 10-15-99 | Defendant's Motion #10 for Information re Hist of Drug & Alc. Abuse of Compl. - Denied JBM | PreTrial Hear. Sched.: _____ <br> PreTrial Conf. Report: 3-1-00 <br> Motions Filed: 9-9-99 |
| 10-15-99 | Defendant's Motion #6 Re Psych. Hist. of Complaining Witness - Denied JBM | Motions Heard: 10-4-99 <br> Waiver of Counsel: _____ <br> Waiver of Jury Trial: _____ |
| 3-1-00 | Case Received in Jury | Tender of Plea or/Adm.: _____ |
| 5-30-00 | 6-7-00 PTH per McElroy, J | Notice of Bench Trial: _____ <br> Notice of Jury Trial: 3-1-00 |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | ✓ WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | 3/1/00 Received Case Jury Session | |
| | Legal Counsel Contribution (211D §2) | | 6-15-00 Cont'd to 6-29-00 PTH per McElroy | |
| | Court Costs (280 §6) | | | |
| | Drug Analysis Fee (280 §6B) | | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

| | DOCKET CONTINUATION | NAME OF CASE: Thomas Bratter | DOCKET NUMBER: 9929CR0656 |
|---|---|---|---|

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | 6-21-00 | Order for Records issued. Notice to patient & parent issued. per McElroy, J. |
| | 6-30-00 | Order for Records issued for a second time to 2 institutions. Notice to patient & parent issued. Cont'd 7-17-00 PTH & status. per McElroy, J. |
| | 7-17-00 | Records produced by DSS & Charles River Hospital. No records produced by AD CARE Hospital but confidentiality asserted per Federal statute. No records found, as yet, by Providence Hospital. As no privilege has been asserted by complaining witness nor DSS, DSS records shall be made available to both defense counsel and the Commonwealth. An order as to the Charles River Hosp. records shall be forthcoming from the Court. Further efforts to obtain compliance by AD CARE and Providence Hospital shall be undertaken. (McElroy, J) C to 8/21/00 @ 9AM (attys only) |
| | 8/21/00 | c 9/1/00 9am w notice to Atty Cohen DAB for status |
| | 8-28-00 | BF Cont'd to 9-6-00 status conf per Bartalunga J. |
| | 9-6-00 | Cont'd 9-19-00 status conf. before McElroy, J. |
| | 9-19-00 | DA's office awaiting receipt of SSN from victim. per Kelly. Remanded to SBDC for Bishop's motion proceedings. per Isabell, J. |
| | 7-26-01 | Spoke to Atty Cohen who is to file Motion regarding this case. Cont'd to 9-27-01 for status |

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | 9-27-01 | Cont to 11-28-01 for Status Rev. JBM |
| | 11-27-01 | Findings & Rulings Pursuant to Defendant's Motion for Discovery Under Commonwealth v Bishop |
| | 11-27-01 | Copy "in hand" to Atty L. Cohen. Atty Cohen to appear on 11-29-01 at 9AM |
| | 11-27-01 | Copy "In Hand" to Atty J. McMenemy for Atty K. Mulcahy. Also informed her case will be heard 11-29-01 at 9AM not 11-28-01. L.A.A. |
| | 11-29-01 | Cont to 3-27-02 for Jury Trial JBM |
| | 11-30-01 | Received Case Jury Session |
| | 3-22-02 | BF Mo Defendant's Motion to Continue filed and allowed. Cont'd to 6-25-02 (JT).    per McElroy, J. |
| | 6/25/02 | Tender of Admission, unagreed, filed. |
| | 6/25/02 | Jury trial waiver filed. |
| | 6/25/02 | Admission to facts sufficient. See front. per McElroy, J. |
| | 6/25/02 | Cont'd to 8-1-02 2PM for sentencing. per McElroy, J. |
| | 7/30/02 | BF Cont'd to 8/5/02 2PM for sentencing before McElroy, J.    per McElroy, J. |

# CRIMINAL COMPLAINT

**BOOKING NO.:** 9929 CR 0656

**Trial Court of Massachusetts**
**District Court Department**

**COURT DIVISION:** GT BARRINGTON

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT:**
Thomas Bratter
Main Street
Gt barrington, Ma 01230

**DEFT. DOB AND SEX:** 5/18/39  M
**OFFENSE CODE(S):** 610
**DATE OF OFFENSE(S):** 2/28/99
**PLACE OF OFFENSE(S):** Gt barrington
**COMPLAINANT:** John H. beckwith
**POLICE DEPARTMENT (if applicable):** Gt Barrington
**DATE OF COMPLAINT:** 8/3/99
**RETURN DATE AND TIME:** 8/12/99 8:30 am rep to prob

TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

**COUNT-OFFENSE**
a. INDECENT A&B ON PERSON 14 OR OVER c265 s13H

did commit an indecent assault and battery on a person who had attained age 14, without the consent of said person, in violation of G.L. c.265, s.13H.

**COMPLAINANT:** X John H Beckwith
**SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK:** X [signature]
**ON (DATE):** 8-3-99
**FIRST JUSTICE:** James B. McElroy
**CLERK-MAGISTRATE/ASST. CLERK:**
**ON (DATE):**
**A TRUE COPY ATTEST:** X
**COURT ADDRESS:** 9 Gilmore Avenue, Gt. Barrington, MA 01230
☐ ADDITIONAL COUNTS ATTACHED

DC-CB 1 (12/95)

# APPLICATION FOR COMPLAINT

☐ ADULT  ☐ JUVENILE

Trial Court of Massachusetts
District Court Department

☐ ARREST  ☐ HEARING  ☒ SUMMONS  ☐ WARRANT

The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below.

COURT DIVISION
Gt. Barrington District Court
9 Gilmore Avenue
Gt. Barrington, MA 01230

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 07-29-99 | 02-28-99 | Great Barrington |

NAME OF COMPLAINANT: Chief William R. Walsh Jr.

ADDRESS AND ZIP CODE OF COMPLAINANT: Great Barrington Police Dept.

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | Indecent A&B on person over 14 yrs old | 265-13H |
| 2. |  |  |
| 3. |  |  |
| 4. |  |  |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT:
Thomas Bratter
Main St.
Great Barrington, MA 01230
REsidence
53 Logan Rd.
Salisbury, CT.

COURT USE ONLY — A hearing upon this complaint application will be held at the above court address on

DATE OF HEARING: ____  TIME OF HEARING: AT ____

## CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana gun, etc. |
|---|---|---|---|---|
| 1 | [redacted] |  |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

OTHER REMARKS: See attached report

X [signature] William R. Walsh Jr.
SIGNATURE OF COMPLAINANT

## DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 5/18/39 |  |  | M | W |  |  |  |  |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
|  |  |  |  |

### ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
|  | **NO PROCESS TO ISSUE** ☐ At request of complainant ☐ Complainant failed to prosecute ☐ Insufficient evidence having been presented |  |
|  | **PROCESS TO ISSUE** ☐ Sufficient evidence presented ☐ Defendant failed to appear   TYPE OF PROCESS ☐ Warrant ☐ Summons returnable |  |
|  | ☐ Continued to |  |

COMMENTS

DC-CR2 (3/88)