COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 04-11800DPW

_____

ADAM HELFAND, CARON HELFAND
AND MITCHELL HELFAND,
    Plaintiffs

v.

THE JOHN DEWEY ACADEMY, INC.,
THOMAS BRATTER, CAROLE BRATTER,
KEN STEINER AND GWENDOLYN
HAMPTON,
    Defendants
_____

**APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my Appearance as counsel for the Defendant, GWENDOLYN HAMPTON, in the above-captioned matter.

    Respectfully Submitted,
    GWENDOLYN HAMPTON
    Defendant


    By:_____
    William A. Rota, Esq.
    BBO #: 430760
    The Central Block
    75 North Street
    Suite 310
    Pittsfield, MA  01201
Dated:  November 8, 2005    (413) 443-1900

CERTIFICATE OF SERVICE

    I, William A. Rota, Esquire, do hereby certify that on this 8th day of November 2005, I served a copy of the foregoing Appearance via electronic filing for each other party.

                                                                 _____
                                                William A. Rota, Esquire