COMMUNITY HEALTH CENTER OF THE BERKSHIRES
PROGRESS NOTES

RM# 4

Patient Name: Gwen Hampton   DOB: 10/11/71   Client ID: 71200   Date: 12/1/05
Reason for visit: f/u pain
Provider: Kobylarz   Time: 5:30
Wt: 115   BP: 98/60   T-P-R: 78-18   S) f/u pain

Meds: ⊖

Allergies: PCN, IBU

Smoker: Yes /(No)/ Ready to quit? Yes / No

Signed: [signature]

F/U call ___ NN ___ appt ___

---

**GWEN HAMPTON   DOB: 10/11/71   ID# 71200   DECEMBER 1, 2005**

S: Follow up on her evaluation. MRI of her head unremarkable. MRI of her neck, no disc disease, did have some have some osteophytes. This is perhaps responsible for some of her right arm pain, which she still has. Reflexes are normal throughout both upper extremities. She still finds problems with multitasking at work. She reports her students look at her sometimes because she just seems to stop and lose her train of thought which is different for her. I still believe she suffering from post concussion syndrome. She has not yet touched base with the neurologist. There is a consult in the works and we will call again to make sure they contact her because I believe she would benefit from nerve conduction studies and also evaluation from neurologist for post concussion syndrome. I advised patient that it is probably not a good idea at this time to start any complicated proceedings where she would need all her faculties as with post concussion syndrome she may not be able to think as clearly as she would need to. We will follow up with patient in three to four weeks time.

DENNIS KOBYLARZ M.D./MEDTRANS