COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 04-11800DPW

ADAM HELFAND, CARON HELFAND, )
AND MITCHELL HELFAND, )
         **Plaintiffs** )
)
v. )
)
THE JOHN DEWEY ACADEMY, INC., )
THOMAS BRATTER, CAROLE BRATTER, )
KEN STEINER, AND GWENDOLYN )
HAMPTON, )
         **Defendants** )

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the Plaintiffs in the above-captioned matter and certifies that they have conferred with Maura McLaughlin, counsel for the Berkshire District Attorney, by letters dated January 24 and January 26, 2006 and a telephone conversation on February 3, 2006, pursuant to Rule 7.1, regarding Plaintiffs' *Motion for Court Order Requiring Disclosure by the Berkshire District Attorney of Records Pertaining to Defendant Thomas Bratter*, in a good faith attempt to resolve or narrow the issues raised in said motion and that the attached motion is a product of those conferences.

              Respectfully submitted,
              The Plaintiffs,
              By their attorneys,
              BRODY, HARDOON, PERKINS & KESTEN, LLP

              /s/ Djuna E. Perkins
              Laurence E. Hardoon, BBO# 221360
              Djuna E. Perkins, BBO# 561909
              One Exeter Plaza
              Boston, MA 02116
              (617) 880-7100

DATED: February 3, 2006