COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 04-11800DPW

ADAM HELFAND, CARON HELFAND, )
AND MITCHELL HELFAND, )
       Plaintiffs )
 )
 )
v. )
 )
THE JOHN DEWEY ACADEMY, INC., )
THOMAS BRATTER, CAROLE BRATTER, )
KEN STEINER, AND GWENDOLYN )
HAMPTON, )
       Defendants )
_____)

## ORDER

IT IS HEREBY ORDERED THAT: The Berkshire District Attorney disclose any and all "CORI" material pertaining to Defendant, Thomas Bratter, including any and all documents relating to reports of sexual assault and/or police reports that contain the names of victims of rape, with the condition that the district attorneys may redact any identifying information of victims, victims' families, or minor children, and any handwritten notes of district attorneys' office staff that do not constitute statements pursuant to Mass. R. Crim. P. 14(d)(2). The Court further orders the Berkshire District Attorney to produce within two weeks of this court's order, all documents, pertaining to the Defendant Thomas Bratter, to which the Berkshire District Attorney has no other substantive objection. Further, the Court orders the district attorney's office to prepare a privilege log within two weeks of production of the documents referred to in the previous sentence (except correspondence and internal district attorneys' office documents

that do not contain any statements of witnesses as that term is defined by Mass. R. Crim. P. 14 (d)(2)).

DATED: *March 15, 2006*

*Douglas P. Woodlock*
Douglas P. Woodlock, USDJ