UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM HELFAND, CARON HELFAND, AND MITCHELL HELFAND, ) ) ) ) v. ) ) THE JOHN DEWEY ACADEMY, INC., ) THOMAS BRATTER, CAROLE ) BRATTER, KEN STEINER, AND ) GWENDOLYN HAMPTON, ) ) | C.A. No. 04-11800-DPW |

## NOTICE OF CHANGE OF ADDRESS

TO:    THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice that, as of April 14, 2006, we will be located at a new Boston address:

**Prince, Lobel, Glovsky & Tye LLP**
**100 Cambridge Street, Suite 2200**
**Boston, MA 02114**
**(617) 456-8000**
**(617) 456-8100 (fax)**

Respectfully submitted,

JOHN DEWEY ACADEMY
THOMAS BRATTER
CAROLE BRATTER
KENNETH STEINER

By their attorneys,


 /s/ Joseph D. Steinfield
Joseph D. Steinfield, BBO # 478680
William A. Worth, BBO # 544086
Paige Scott Reed, BBO #637905
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street
Boston, MA 02114
(617) 456-8000


Dated:  April 13, 2006

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 13, 2006.

        /s/ Joseph D. Steinfield
        Joseph D. Steinfield