```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

ADAM HELFAND ET AL
    Plaintiff,

        v.                           CIVIL ACTION
                                      NO. 04-11800-DPW

THE JOHN DEWEY ACADEMY, INC. ET AL
    Defendant,


                       AMENDED SCHEDULING ORDER
WOODLOCK, D.J.

     In accordance with this Court's allowance of [19] Joint motion to amend scheduling order on January 4, 2006, and the adoption of the proposed scheduled, the following schedule is set:


Completion of all factual discovery and fact depositions:    **April 1, 2006**

Exchange of psychiatric/psychological expert reports:    **April 28, 2006**

Completion of expert discovery:    **May 30, 2006**

Completion of mediation:    **June 30, 2006**

Dispositive motions filed:    **July 31, 2006**

Opposition to dispositive motions    **August 31, 2006**

Status report to Court:    **September 7 , 2006**

**Final Status Conference**    **September 14, 2006**

                                                       **AT 2:30 P.M.**


     All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings.  Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties,

amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

      Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

                                    By the Court,

DATED:    May 3, 2006             /s/ Michelle Rynne
                                      Deputy Clerk