1

2

3
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11800DPW

4
ADAM HELFAND, CARON HELFAND, AND MITCHELL
HELFAND

5
VS.

6

7
THE JOHN DEWEY ACADEMY, INC., THOMAS BRATTER,
CAROLE BRATTER, KEN STEINER, AND GWENDOLYN
HAMPTON

8

9

10

11

12

DEPOSITION OF:  GWENDOLYN HAMPTON, taken before
Rebekah J. Johnson, Registered Merit Reporter,
Notary Public, pursuant to Rule 30 of the
Federal Rules of Civil Procedure, at the law
offices of William A. Rota, 75 North Street,
Pittsfield, Massachusetts 01201, on May 31,
2006, commencing at 11:30 a.m.

13

14

15

16

17
APPEARANCES:
(Please see page 2)

COPY

18

19

20

21

22

Rebekah J. Johnson
Registered Merit Reporter

23

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1   Q.   Have you ever been married?

2   A.   No.

3   Q.   Can you please tell me the names and

4   dates of birth of the children that are living

5   with you?

6   A.   Joshua Spencer Hampton, he's 16.

7   Jessica Ann Hampton will be 14 on Friday.  And

8   Maya Fay Hampton Helfand is two and a half.

9   Q.   And their dates of birth?

10   A.   Josh is 3/17/90, Jess is 6/2/92 and

11   Maya is 9/17/03.

12   Q.   Is it true that you have only had one

13   other child that you have given birth to

14   besides these three?

15   A.   No.

16   Q.   Has there been more than one other

17   child that you have give birth to?

18   A.   Yes.

19   Q.   There is Vanessa, correct, that was

20   her name?

21   A.   Yes.

22   Q.   And when was Vanessa born?

23   A.   In the summer of '02.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    Q.    June of '02, I believe?

2    A.    Yes.

3    Q.    Do you remember the date?

4    A.    No.

5    Q.    And then tell me what other children

6    you have given birth to that are not currently

7    living with you?

8    A.    There's -- you mean -- I don't have

9    the names of them anymore.

10    Q.    Did they have names when they were

11    born?

12    A.    Yes.

13    Q.    Tell me what their names were at least

14    at the time they were born.

15    A.    Grace.

16    Q.    And date of birth?

17    A.    In '01.

18    Q.    Month?

19    A.    March.

20    Q.    Do you know the day?

21    A.    No.

22    Q.    And --

23    A.    That's it.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    A.    Maya was born in Great Barrington.

2    Q.    In a hospital?

3    A.    Fairview Hospital.

4    Q.    Adam Helfand is the father of Vanessa?

5    A.    Yes.

6    Q.    And is Adam Helfand also the father of

7    Mia?

8    A.    Maya.

9    Q.    Maya, sorry.

10   A.    Yes.

11   Q.    Tell me who the father of Grace is.

12   A.    Chris Hebert.

13   Q.    How do you spell it?

14   A.    H-e-b-e-r-t.

15   Q.    And who is Chris Hebert or how did you

16   meet him?

17   A.    I worked with him.

18   Q.    At John Dewey?

19   A.    Yes.

20   Q.    Was he a staff member?

21   A.    Yes.

22   Q.    What was his job?

23   A.    Maintenance.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

73

1      positions that you held during the about 11

2      years that you worked at John Dewey that we

3      haven't talked about?

4          A.     Not that I remember right now.

5          Q.     When you were hired by John Dewey in

6      1992, what was the position?

7          A.     Part-time Spanish teacher.

8          Q.     What were your duties and

9      responsibilities?

10         A.     I taught three to four Spanish

11     classes.

12         Q.     And were you promoted to another

13     position after this part-time one?

14         A.     I became a salaried teacher.

15         Q.     Is that like saying you became a

16     full-time employee?

17         A.     Yes.

18         Q.     How long after you started did you

19     become a salaried, full-time teacher?

20         A.     I don't remember.  I think it's a

21     couple terms.  It might have been just after

22     that summer term.  I sorry, I don't remember.

23         Q.     Within the first year?

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

74

1    A.    Yes, I think so.

2    Q.    You think so?

3    A.    I think so.

4    Q.    When you became -- is it accurate for

5    me to describe it as a full-time teacher at

6    that point?

7    A.    Yes.

8    Q.    When you became a full-time teacher,

9    what were your duties and responsibilities?

10    A.    Pretty much the same thing.  I taught

11    Spanish classes.  I also at some point started

12    teaching a little bit of other things.

13    Q.    What other things?

14    A.    I don't remember what order it came,

15    but I taught courses related to women's studies

16    or history with Latin American studies and

17    stuff.

18    Q.    And when you became a full-time

19    teacher within that first year, did you have

20    any other responsibilities besides the teaching

21    ones at John Dewey?

22    A.    No.

23    Q.    At some point in time did your

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1  responsibilities or obligations at the school

2  expand beyond teaching the Spanish classes and

3  some of these other classes you've described?

4      A.    Yes.

5      Q.    What was the next thing that it

6  expanded to?

7      A.    Houseparent.

8      Q.    And just to clarify, at some point you

9  also supervised the kitchen?

10     A.    Yes.

11     Q.    Did that come after you became a

12  houseparent?

13     A.    Yes.

14     Q.    So houseparent would be the next

15  expansion of your role at John Dewey?

16     A.    Yes.

17     Q.    And who did you take over from as

18  houseparent?

19     A.    I believe it was Sally Mahoney but I'm

20  not a hundred percent sure.

21     Q.    During the time that you worked as a

22  houseparent for we agree is approximately five

23  years; is that right?

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11800

ADAM HELFAND, CARON HELFAND, AND MITCHELL
HELFAND

VS.

THE JOHN DEWEY ACADEMY, INC., THOMAS BRATTER,
CAROLE BRATTER, KEN STEINER, AND GWENDOLYN
HAMPTON


DEPOSITION OF:  GWENDOLYN HAMPTON, taken before
Rebekah J. Johnson, Registered Merit Reporter,
Notary Public, pursuant to Rule 30 of the
Federal Rules of Civil Procedure, at the
offices of William A. Rota, 75 North Street,
Springfield, Massachusetts 01201, on June 1,
2006, commencing at 9:15 a.m.




APPEARANCES:
(Please see page 2)

COPY



                    Rebekah J. Johnson
                    Registered Merit Reporter

959 MAIN STREET          PHILBIN & ASSOCIATES, INC.          (413) 733-4078
4TH FLOOR                                                 Pittsfield: (413) 499-2231
SPRINGFIELD, MA 01103                                        FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1       Q.      Would she be the closest of all of

2       them, Carol, Annie and Elsa?

3       A.      Yes.

4       Q.      Where does Elsa live?

5       A.      Christian Hill Road in Great

6       Barrington.

7       Q.      Did Elsa know about Grace?

8       A.      No.

9       Q.      Is Elsa somebody that knew about Maya

10      before Maya was actually born?

11      A.      Yes.

12      Q.      Did Elsa know that Adam was the

13      father?

14      A.      Yes.

15      Q.      How can you be so certain that Adam is

16      the father?

17      A.      Because I didn't have any relations

18      with anybody else.

19      Q.      I see.  So before Elsa was born --

20      strike that.  Up until the time Maya was born,

21      had you had sexual relations with anybody else

22      besides Adam in that previous year?

23      A.      Not in the previous four years.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    Q.    In the previous four years, okay.

2         Now, tell me how you were able to

3    conceal three pregnancies from your friends and

4    from the people at John Dewey Academy.

5    A.    I don't know, I wore loose clothes.

6    Q.    Is that basically how you did it,

7    wearing loose clothes?

8    A.    Yeah, I pretty much wore the same

9    clothes all the time.  They're always -- I

10   don't know.

11   Q.    Did you gain weight with the pregnancy

12   of Grace?

13   A.    Yes.

14   Q.    Do you remember how much?

15   A.    No, I didn't get prenatal care.

16   Q.    What about with the pregnancy of

17   Vanessa, I assume you gained weight there, too?

18   A.    Yes.

19   Q.    Do you remember how much by the end of

20   the pregnancy?

21   A.    No, I was well over 200 pounds.

22   Q.    You were well over 200 pounds?

23   A.    Yes.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

276

1      Q.    What's your normal weight?

2      A.    Back then it was like 180.

3      Q.    What about with Maya, I'm assuming you

4   also gained weight?

5      A.    Yes.

6      Q.    The same general weight gain as with

7   the Vanessa and Grace?

8      A.    Yes, it was more, I was heavier still,

9   but yes.

10     Q.    With Maya?

11     A.    When I started.

12     Q.    I see you started at a heavier weight

13   when Maya was conceived?

14     A.    Yes.

15     Q.    Did you gain about the same weight

16   with Maya as with Vanessa?

17     A.    I guess, around that.

18     Q.    Were there any complications with any

19   of these three pregnancies?

20     A.    No.  During Maya I was monitored, I

21   had gestational diabetes but nothing horrible.

22     Q.    Was there anything that required you

23   to take, for example, more absences from

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1   school?

2        A.     No.

3        Q.     So whatever care you got you were able

4   to work it in and out of your school

5   responsibilities?

6        A.     Yes.

7        Q.     And after these children were born,

8   how did you deal with the nursing issues that

9   come up after a pregnancy to keep --

10       A.     The nursing issue?

11       Q.     Let me put it this way.  After these

12   children were born, how did you deal with the

13   nursing issues that come up after a pregnancy

14   in order to conceal, to continue to conceal the

15   fact you had just delivered the child?

16       A.     They were given up for adoption except

17   for Maya and I wasn't working anymore.

18       Q.     And you weren't working, I see, when

19   Maya was born.

20       A.     The first notice came in September,

21   Maya was born in September.

22       Q.     When did John Dewey Academy, Tom

23   Bratter in specific, know about the pregnancy

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    with Maya?

2       A.    After she was born, and I'm not sure

3    when.  I'm not sure when they found out.

4    Somewhere at some point I sent an e-mail to

5    Carol.

6       Q.    And after the letter came to the

7    school in early September, did you continue to

8    work at the school for a period of time?

9       A.    It was a matter of days.  I don't

10   remember exactly.

11      Q.    At the time that you were working at

12   John Dewey and Adam was a student there, did

13   you keep a personal diary of some kind?

14      A.    I kept journals.

15      Q.    Is that something that you had done

16   sort of habitually keeping journals?

17      A.    Off and on, yes.

18      Q.    When was the first time you ever

19   started to keep a journal in your life?

20      A.    When I was a kid.

21      Q.    And do you still on and off keep them

22   through today?

23      A.    No.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1      Q.    I'm going to direct your attention to

2   about the eighth line down where it says, "My

3   mind wanders over the last nine months exactly

4   to so many wondrous moments of happiness, of

5   sadness," it looks like "glee, frustration,

6   passion, compassion, excitement" -- what's the

7   word after "excitement"?

8            MR. WORTH:   "Lulls" it looks like

9   to me.

10     Q.    (BY MR. HARDOON)   "Lulls," is that it?

11     A.    Yes.

12     Q.    "And it has been intense."  Do you see

13  that sentence?

14     A.    Yes.

15     Q.    Do you see right in the beginning of

16  that sentence there's a listing of months that

17  start November, December, January, February,

18  March, April, May, June, July, August?

19     A.    Yes.

20     Q.    Do you see that each of those months

21  is numbered, December is 1, January is 2,

22  February is 3, March is 4, April is 5 up to

23  August which is 9?  Do you see that?

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    A.    Yes.

2    Q.    And those would be the nine months

3    that you are referring to in the sentence right

4    after that?

5    A.    Yes.

6    Q.    So is it fair to assume that what you

7    are referring to here is the nine months since

8    the relationship with Adam became a sexual,

9    intimate relationship?

10    A.    Yes.

11    Q.    So would it be fair for me to conclude

12    at least from this letter and from your memory

13    at this point in time, that the relationship

14    with Adam became sexual, first of all, during

15    his senior year at John Dewey; is that correct?

16    A.    Yes.

17    Q.    And it appears to have begun somewhere

18    in the November, December of 2000 time frame;

19    is that true?

20    A.    Yes.

21    Q.    And down at the second paragraph on

22    the first page it says, "I am enjoying the

23    peace (Jennie was too)."  Who is Jennie?

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    that even his coming to my house would probably

2    result in his being expelled and was worried

3    about what that would do for him.  So I already

4    felt the moment that happened and like a

5    situation where he was compromised, and then at

6    that point I just went along with what I was

7    feeling and he was feeling.

8        Q.    Well, but my question was a little bit

9    different.  I'm asking whether -- let me put it

10    a different way.

11        Do you think that, do you think as you

12    look back on it today that your engaging in

13    this relationship with Adam is in any way,

14    shape or form connected to your own history as

15    a child growing up with your stepfather?

16        A.    No, I never felt like I was abusing

17    Adam.

18        Q.    No, I don't mean that.

19        A.    Well, that's what it was with my dad,

20    so.

21        Q.    After Vanessa was born, it was not a

22    very long time before you began to have sexual

23    intercourse with Adam again; isn't that true?

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    A.    Yes.

2    Q.    We are now in the summer of 2002.

3    A.    Yes.

4    Q.    And shortly after or within two or

5    three months of the birth of Vanessa you got

6    pregnant again, correct?

7    A.    Yes.

8    Q.    And this was another child of Adam

9    Helfand's?

10   A.    Yes.

11   Q.    And in this particular instance the

12   decision was made to get an abortion.

13   A.    Yes.

14   Q.    Where did you go for that abortion?

15   A.    Springfield.

16   Q.    Where in Springfield?

17   A.    I don't know.  It was related to

18   Tapestry Health.

19   Q.    Does Tapestry Health still exist, do

20   you know?

21   A.    I'm not sure.  It's in Great

22   Barrington.  I mean I saw a sign in the

23   Fairview Hospital.  I'm not sure if they moved

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

558

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11800DPW

ADAM HELFAND, CARON HELFAND, AND MITCHELL
HELFAND

VS.

THE JOHN DEWEY ACADEMY, INC., THOMAS BRATTER,
CAROLE BRATTER, KEN STEINER, AND GWENDOLYN
HAMPTON

DEPOSITION OF:  GWENDOLYN HAMPTON, taken before
Rebekah J. Johnson, Registered Merit Reporter,
Notary Public, pursuant to Rule 30 of the
Federal Rules of Civil Procedure, at the law
offices of William A. Rota, 75 North Street,
Springfield, Massachusetts 01201, on June 2,
2006, commencing at 9:27 a.m.



APPEARANCES:
(Please see page 2)

Rebekah J. Johnson
Registered Merit Reporter

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1   random basis Tom or Ken might pull you aside

2   and offer you some feedback in addition to the

3   discussions in the meetings about your primees?

4        A.    I don't really remember it like that.

5   Like I said, sometimes I would go to them if I

6   had an issue or wanted to do something in

7   between clinical meeting and groups with one of

8   my primees, but I don't remember being pulled

9   aside to be spoken to about it.

10       Q.    Now, I want to talk to you about --

11  strike that.

12             Before you became a clinician, were you

13  given any written materials describing the

14  rules for being a clinician at John Dewey?

15       A.    Not that I recall.

16       Q.    And I think you said yesterday you

17  weren't really aware of any written rules or

18  policies; is that right?

19       A.    Right.

20       Q.    But you were aware even before you

21  were a clinician that there were certain

22  cardinal rules at John Dewey, right?

23       A.    Yes.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

594

1    Q.    And those would be no drinking, right?

2    A.    Yes.

3    Q.    No smoking?

4    A.    Yes.

5    Q.    No sex?

6    A.    Yes.

7    Q.    No violence?

8    A.    Yes.

9    Q.    Were there any other ones?

10    A.    No, I think that was it.

11    Q.    Even though they weren't in writing,

12    you were fully aware of those rules, were you

13    not?

14    A.    Yes.

15    Q.    And is it your perception everybody

16    else in the school was aware of them as well

17    despite the fact they weren't written down?

18    A.    Yes.

19    Q.    They were clearly communicated to

20    everybody in school, weren't they?

21    A.    Yes.

22    Q.    And your perception is that everybody

23    knew them?

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    A.    Yes.

2    Q.    And that violation of those rules was

3    grounds for expulsion from the school; did you

4    understand that as well?

5    A.    Yes.

6    Q.    Was it your perception everybody else

7    in the school understood that, notwithstanding

8    that they might not have been written down?

9         MR. ROTA:  Excuse me, I want to

10   clarify.  When you are talk about everybody,

11   you are talking about students and staff?

12        MR. WORTH:  The whole community.

13   It's a community-based school.

14        MR. ROTA:  Have you been answering

15   understanding we have been talking about the

16   entire community including staff?

17        THE WITNESS:  Yes.

18        What's your question again?

19        MR. WORTH:  Why don't you read it

20   back, Becky, I'm not sure.  With Rota

21   interrupting me I can't keep up with it.

22        (Reporter read back as requested.)

23   Q.    (BY MR. WORTH)  Was it your

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    understanding, Gwen, that everybody within the

2    John Dewey community understood that violation

3    of any of the cardinal rules could be grounds

4    for expulsion of students or termination of a

5    job for a staff?

6        A.    Those were stated as cardinal rules

7    for the students.  The way you worded it that

8    time, yes, that they could be expelled for

9    those.

10       Q.    Did you understand as well that with

11   respect to the sex rule that sex with a student

12   by a staff would be grounds or could be grounds

13   for expulsion of the student and termination of

14   the staff?

15       A.    (No response.)

16       Q.    Did you understand that?

17       A.    Yes, based on the cardinal rule, Adam

18   is not to be having sex, and just based on

19   common sense I think staff shouldn't be having

20   sex with students or they could be fired.

21       Q.    Well, how about your relationship with

22   Chris, did you have a perception that your

23   sexual relationship with a staff member, a

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1           MS. PERKINS:  Objection.

2           THE WITNESS:  Yes.

3      Q.    (BY MR. WORTH)  Have I stated that

4  accurately, Gwen?

5      A.    Yes.

6      Q.    And that was your motivation in not

7  telling him right away, wasn't it?

8           MS. PERKINS:  Objection.

9           THE WITNESS:  Yes, I didn't know

10  what his reaction was going to be and we were

11  sort of off and on, yes.

12      Q.    (BY MR. WORTH)  So then you guys had

13  this discussion or series of discussions about

14  what to do now that you were pregnant, right?

15      A.    Yes.

16      Q.    What was Adam's reaction -- strike

17  that.

18           What possibilities did Adam present as

19  what you could do with the baby?

20      A.    I said the other day that I could give

21  the baby up for adoption or I could go start

22  somewhere over and take, and have three

23  children by myself.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

664

1    Q.    Were there any other possibilities the

2    two of you considered either together or

3    separately?

4    A.    I had asked him how he felt about

5    telling his family so they could help us, and

6    he said his mom wouldn't be able to handle

7    something like that.

8    Q.    Why not?

9    A.    He gave the reason because of her

10   social standing and stuff like that.

11   Q.    So would you say that the decision to

12   place the baby with an adoption agency was one

13   that you made, one that he made or one that you

14   made together?

15   A.    One that we made together.

16   Q.    And he participated in that decision,

17   correct?

18   A.    Yes.

19   Q.    And he participated in the adoption

20   process, did he not?

21   A.    Yes, he participated in helping find

22   the agency, he participated in meeting the

23   agency and the parents, yes.

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    Q.    And then he was there when the baby

2    was born.

3    A.    Yes.

4    Q.    Before the baby was born, did you and

5    Adam meet with the adopting couple?

6    A.    Yes.

7    Q.    Before the baby was born?

8    A.    Yes.

9    Q.    And did you have any say in the

10    selection of the couple?

11    A.    Me, or Adam and I?

12    Q.    Well, let's start with you.  Did the

13    agency say to you we want your help in

14    selecting the couple that will raise the child?

15    A.    No, Adam and I decided what kind of

16    adoption, we decided we wanted to do one where

17    we would meet and interview parents.  We

18    reviewed a bunch of portfolios and chose this

19    couple.

20    Q.    And Adam participated in that process?

21    A.    Yes.

22    Q.    And Adam was there when you gave

23    birth?

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

666

1          A.    Yes.

2          Q.    Was the adopting couple there when you

3     gave birth?

4          A.    Yes.

5          Q.    Yes, they were?

6          A.    Yes.

7               MR. WORTH:   Let's mark this one as

8     the next one.

9                    (Deposition Exhibit No. 49

10                   offered and marked.)

11         Q.    (BY MR. WORTH)  I'm going to show you

12    a series of three copies of photos, and am I

13    correct that the top left is you, Adam, Vanessa

14    and the adopting couple, right?

15         A.    Yes.

16         Q.    Was there a plan that you and Adam

17    would be able to visit the child after the baby

18    was placed for adoption?

19         A.    Yes.

20         Q.    So it's what's called an open

21    adoption?

22         A.    Yes.

23         Q.    And that's something Adam wanted to

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

1    something because their attitude towards me was

2    a little different and Mitch said he would tell

3    Caron. So that was a trip that wasn't really

4    planned, it was an idea. Adam and I went in

5    and out of being involved, and I don't know if

6    when that meeting was we were sexually

7    involved.

8         Q.    But you were still seeing him, you

9    still had a relationship with him.

10        A.    Yes.

11        Q.    And you saw him on his birthday

12   March 10, 2003, right?

13        A.    Yes.

14        Q.    His 21st birthday.  Do you remember

15   that?

16        A.    Yes.

17        Q.    Where did you meet?

18        A.    In his dorm room.

19        Q.    You went to see Adam in

20   Manhattanville?

21        A.    Yes.

22        Q.    When you saw him in Manhattanville,

23   that's the last time you ever saw him, isn't

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

692

1      it?

2          A.     Yes.

3          Q.     Did you have sex with him?

4          A.     I think so, yes.

5          Q.     So your relationship still was sexual

6      then, so at least that time it was, March 10,

7      2003?

8          A.     Right.

9          Q.     In fact by then did you know you were

10     pregnant?

11         A.     Yes.

12         Q.     So did anything happen at that last

13     time you were together, Gwen, that made you

14     believe that Helfand's parents might know about

15     you and you?

16         A.     The last time I saw Adam?

17         Q.     Yes.

18         A.     No, the phone calls happened like

19     weeks before at my place when Adam was

20     visiting.

21         Q.     Okay, so --

22         A.     The phone call I'm referring to where

23     his mom didn't talk to me much and we decided

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947