1

1              Volume:  I

2              Pages:  1-302

3              Exhibits:  1-22

4        UNITED STATES DISTRICT COURT

5         DISTRICT OF MASSACHUSETTS

6    Civil Action No. 04-11800-DPW

7    - - - - - - - - - - - - - - - - - - - - - - - - -

8    ADAM HELFAND, CARON HELFAND and MITCHELL

9    HELFAND,

10                   Plaintiffs,

11        v.

12    THE JOHN DEWEY ACADEMY, INC., THOMAS BRATTER,

13    CAROLE BRATTER, KEN STEINER, and GWENDOLYN

14    HAMPTON,

15                   Defendants.

16    - - - - - - - - - - - - - - - - - - - - - - - - -

17            Deposition of Adam Helfand

18              December 20, 2005

19            10:05 a.m. to 5:03 p.m.

20        Prince, Lobel, Glovsky & Tye, LLP

21            585 Commercial Street

22            Boston, Massachusetts

23

24        Reporter:  Daria L. Romano, RPR/CRR

Adam Helfand

66

1    Q.    Sort of?

2    A.    Well, I had intercourse but never

3    finished, so I considered myself a virgin.

4    Q.    Once or more than once before Gwen?

5    A.    Once.

6    Q.    Now, am I correct that Gwen became

7    pregnant some time in September of 2001?

8    A.    I don't know when she became pregnant.

9    She didn't tell me.

10    Q.    Well, the baby was born in the middle

11    of June of 2002.

12    A.    Correct.

13    Q.    So if you count backwards nine months,

14    you'd get to September.

15    A.    Okay.

16    Q.    August or September, agreed?

17    A.    Agreed.  But I wasn't made aware of

18    it, so I don't know the exact date or month.  I

19    just know nine months.

20    Q.    When did she make you aware of it?

21    A.    February of my freshman year.

22    Q.    So that would be about four months

23    before the child was born?

24    A.    Correct.

1     Q.   So you and Gwen had been carrying on a

2   sexual relationship from approximately March of

3   2000 until the fall of 2001; is that right?

4     A.   I believe it went on longer than that.

5     Q.   I know, but it went at least during

6   that period?

7     A.   Correct.

8     Q.   And then it continued beyond the fall

9   of 2001 when you were a freshman at

10   Manhattanville?

11     A.   Yes.

12     Q.   And then she had a baby girl in

13   June of 2002; is that right?

14     A.   Is that when it was?  Yeah.  The

15   summer of my freshman year.

16     Q.   June of 2002.  And then after that

17   child was born, you continued to have a sexual

18   relationship with Gwen, right?

19     A.   Yes.

20     Q.   And now we get into your sophomore

21   year, '02, '03?

22     A.   Yes.

23     Q.   And it continued throughout the

24   balance of 2002 and into some time in 2003; am I

1    correct?

2         A.    I don't recall when it ended exactly.

3         Q.    Bear in mind that your parents came

4    out to San Diego and you had this conversation

5    with them in March of 2003.

6         A.    Okay.

7         Q.    Does that help you remember that you

8    continued having sex with Gwen into the year

9    2003?

10        A.    I don't remember if it continued into

11   2003, but I know for sure it ended after that

12   visit with my parents in California.

13        Q.    So not beyond March of '03?

14        A.    Not beyond March of '03.

15        Q.    Now, when you were a sophomore at John

16   Dewey Academy?

17        A.    Sophomore?

18        Q.    I'm sorry, sophomore at Manhattanville

19   and you were then 20 years old and continued to

20   have sex with Gwen after the birth of your

21   child, was that a voluntary act on your part?

22             MR. HARDOON:   Objection to the

23   form.

24             Go ahead.

Adam Helfand

75

1    to hear and making things seem okay.  So Gwen

2    was the one who was communicating with them.

3        Q.    Did you tell anybody at John Dewey

4    Academy while you were a student there that you

5    were having this relationship with Gwen Hampton?

6        A.    Not while I was a student at John

7    Dewey Academy.

8        Q.    You told me about the discovery of the

9    pictures in the summer.

10       A.    That was after I was a student.

11       Q.    That's right.  And did anyone while

12   you were a student at John Dewey Academy come up

13   to you and say I know what's going on between

14   you and Gwen Hampton?

15       A.    Not in the sense that -- people

16   brought to the attention of staff and to Gwen

17   that they believed something was going on

18   between me and Gwen, but nobody really came to

19   me and said -- besides Matt Granderson came to

20   me and said are you having sex or I think you're

21   having sex with Gwen.

22       Q.    And you denied it?

23       A.    I denied it when Matt approached me.

24       Q.    And you never went to Ken Steiner and

Adam Helfand

76

1    told him what was going on between you and Gwen

2    while you were a student, did you?

3         A.    I went to Ken Steiner while I was a

4    student and told him of my sexual attraction of

5    Gwen under the advisement of Gwen to do that.

6         Q.    Tell me about that.

7         A.    Well, she had thought it would help,

8    like stop some of the -- like I guess she was

9    getting confrontations from staff.  I guess Tom

10   had confronted her a couple of times on her

11   relationship with me, and I guess Ken had

12   confronted her a couple of times.  So she

13   thought it would look good if I went up to Ken

14   and said, yeah, I'm sexually attracted to Gwen.

15   So it would look like I was being forthright and

16   honest about it.

17        Q.    In fact, it was a deceptive act?

18        A.    True.

19        Q.    And you did it?

20        A.    Correct.

21        Q.    And what did you say to him?  What did

22   he say to you?

23        A.    It didn't come as a big surprise to

24   Ken.  I don't remember the exact conversation.

Adam Helfand

77

1   I just knew it wasn't shocking to him, and it

2   pretty much went nowhere other than I informed

3   him that I was attracted to Gwen.

4        Q.   What did he say?

5        A.   I don't remember his words.

6        Q.   And did you ever have a conversation

7   with Tom Bratter in which you told him you were

8   having an affair with Gwen Hampton?

9        A.   I never told Tom Bratter I was having

10  an affair with Gwen.

11       Q.   Or Carole Bratter?

12       A.   I never told Carole Bratter I was

13  having an affair with Gwen.

14       Q.   Or any faculty person?

15       A.   No faculty person did I tell that I

16  was having sex with Gwen.

17       Q.   Now, your drug use, is that voluntary

18  on your part?

19       A.   Explain.

20       Q.   Your current drug use.

21       A.   Today?

22       Q.   Yes.

23       A.   It's voluntary, but I look at it as

24  more of self-medication.

Adam Helfand

100

1    Q.    During grades one to six were you in
2    trouble in school?
3    A.    I don't even remember what was going
4    on at school one through six.
5    Q.    Do you remember your first six years
6    of school?
7    A.    Not really.  Like I just remember
8    where it was and going to school, but I don't
9    think I got in a lot of trouble.
10    Q.    And then junior high school was the
11    Field School.  Is that true?
12    A.    Yes.
13    Q.    That would be seventh grade?
14    A.    Sixth.
15    Q.    And you say you got into trouble
16    during junior high school?
17    A.    I don't think so much in sixth grade.
18    I think there was a big downward slide in
19    seventh grade, seventh and eighth.
20    Q.    And what happened that made up that
21    downward slide during seventh and eighth grade?
22    A.    Are you referring to -- what are you
23    referring to?
24    Q.    Well, you said "downward slide."  Tell

Adam Helfand

101

1    me what you mean.

2        A.    That's when I remember getting in more

3    trouble than usual, like me really starting to

4    get into trouble, like that.

5        Q.    Tell me what kind of trouble.

6        A.    Trouble in school.

7        Q.    What kind of trouble in school?

8        A.    Disrespecting authority, teachers,

9    getting in fights.  And I know I got caught when

10   I was in junior high shoplifting.

11       Q.    Is that the time you shoplifted the

12   cigarettes and condoms?

13       A.    Yeah.

14       Q.    Seventh grade?

15       A.    I don't know what grade it was.

16       Q.    Seventh or eighth grade?

17       A.    Yeah, one of those.

18       Q.    What other kinds of troubles did you

19   have during that downward slide?  Started using

20   drugs, did you?

21       A.    Yeah, in junior high, I started

22   smoking pot.

23       Q.    When did you start selling drugs?

24       A.    What do you mean?

Adam Helfand

102

1    Q.    Well, did you start selling drugs?

2             MR. HARDOON:  Wait.

3             Objection.  I'm not going to let him

4    answer questions about selling drugs.

5             MR. STEINFIELD:  You're not?

6             MR. HARDOON:  This is during high

7    school.

8  BY MR. STEINFIELD:

9    Q.    Well, at some point you were selling

10   drugs.  You've written about that, right?

11            MR. HARDOON:  You can answer that.

12            THE WITNESS:  I can?

13            MR. HARDOON:  Yes.

14   A.    In high school I started selling

15   drugs.

16   Q.    Not junior high?

17   A.    No.

18   Q.    We'll get to high school.

19            Now, what other problems and

20   difficulties were you having in junior high

21   school?  You didn't get along with your parents,

22   right?

23   A.    Correct.

24   Q.    Or your brother?

Adam Helfand

109

1    like, criticizing me, they weren't putting me

2    down.  They were just getting upset that I was

3    doing poorly.

4        Q.   Well, how would you describe your home

5    life at the time of this report?

6        A.   What year was it?  When was this?

7        Q.   Just before you turned 16.  You were

8    in tenth grade.

9        A.   How would I describe my home life?

10       Q.   Yes.  Happy home life?

11       A.   Sometimes.  Sometimes happy, sometimes

12   turbulent.

13       Q.   You got along okay with your folks?

14       A.   At times we got along, other times we

15   didn't.

16       Q.   And your brother?

17       A.   My brother, I didn't have much of a

18   relationship with my brother.

19       Q.   You were using drugs all the time,

20   weren't you?

21       A.   Correct.

22       Q.   You were high all the time?

23       A.   Correct.

24       Q.   And you were hanging around with bad

Adam Helfand

110

1   guys, weren't you?

2       A.   Yes.

3       Q.   And you were stealing?

4       A.   Yes.

5       Q.   And you were selling drugs?

6       A.   In high school, yeah, I sold drugs.

7       Q.   And you were destroying property,

8   weren't you?

9       A.   Yes.

10      Q.   And you were beating people up,

11  weren't you?

12      A.   Yes.

13      Q.   Did you tell your parents about all

14  that conduct, all the conduct I just recited,

15  did you tell your parents you were doing those

16  things?

17      A.   I didn't tell them, but they found out

18  about some of it.

19      Q.   When you got caught?

20      A.   Right.

21      Q.   Now, on the next page of this

22  document --

23      A.   199?

24      Q.   Correct.

Adam Helfand

111

1          You said, according to this report,

2     that you got into arguments, lost your temper,

3     were stubborn, got into trouble, were lazy and

4     careless.

5          A.    What did you just ask me?  I'm sorry.

6          Q.    Just take a look at the list at the

7     top of the page.

8          A.    I see it.

9          Q.    That's what you told the school

10    psychologist at the time, right?

11         A.    Possibly.  I don't remember telling

12    him this, but it's possible.

13              MR. STEINFIELD:  Now, let me next

14    mark a document called clinical dependency

15    assessment.

16              (Exhibit 9 marked

17               for identification)

18    BY MR. STEINFIELD:

19         Q.    Do you have Exhibit 8 in front of you?

20         A.    No, I have Exhibit 9.

21         Q.    9, I'm sorry.

22              Now, this is a document from somebody

23    named Sarah Thornell.  Do you see her name on

24    the page?

Adam Helfand

169

1      A.    When?

2            MR. STEINFIELD:    We'll mark as the

3   next exhibit a document that was previously

4   marked at the Helfand deposition as Exhibit 18.

5                  (Exhibit 12 marked

6                  for identification)

7   BY MR. STEINFIELD:

8      Q.    Exhibit 12 appears to be notes of

9   therapy sessions during the summer of 2003.    Do

10  you agree with that?

11     A.    Who are these from?

12     Q.    Pardon me?

13     A.    Who wrote these?

14     Q.    Well, I would suggest to you that this

15  refers to your sessions with Sarah Turner.

16     A.    Okay.

17     Q.    And do you see initial visit at the

18  first page "Visiting on from summer" --

19     A.    Yes.

20     Q.    -- "to get away from East Coast."    And

21  she goes on to say, "Problems related to

22  boarding school two years ago, John Dewey."

23     A.    Okay.

24     Q.    "Last effort parents had to get him

Adam Helfand

170

1    off of drugs.  Very strict school.  Punishments,

2    rules, and so forth."

3              Do you see that?

4       A.   Yes.

5       Q.   Did you tell her that John Dewey was a

6    strict school?

7       A.   I may have.

8       Q.   With punishments and rules?

9       A.   I may have.

10      Q.   And it's true that the John Dewey

11   Academy is a strict school with punishments and

12   rules; is it not?

13      A.   For the most part.

14      Q.   And if you break the rules, you get

15   punished; isn't that true?

16      A.   Yes, if you get caught breaking the

17   rules, you get punished.

18      Q.   And that's one reason why you were

19   careful or tried not to get caught, because you

20   knew if you were caught, that you would be

21   punished?

22      A.   Correct.

23      Q.   And that's in general why you've tried

24   not to get caught whenever you've broken rules

Adam Helfand

171

1    in your life, to avoid punishment?

2        A.    Correct, for the most part.

3        Q.    Now, if you turn to the second page of

4    this document, second paragraph, "Did not tell

5    anyone, couldn't, at John Dewey.  He would be

6    reported."

7             That's consistent with what you've

8    told me before today, isn't it?

9        A.    No, it's not consistent.  There's

10   other reasons besides the fact that I would be

11   reported.

12       Q.    Well, one of them was that?

13       A.    One of them, yes.

14       Q.    "Parents thought Gwen was such a great

15   counselor to Adam.  She would call them to let

16   them know how Adam was doing in the program."

17            Have I read that correctly?

18       A.    Yeah.  But that's not my words.

19       Q.    Those are not your words?

20       A.    Correct.

21       Q.    All right.  What you told the

22   counselor in California was that you did your

23   best to keep this Hampton relationship a secret.

24   And that's true?

Adam Helfand

172

1    A.    True.

2    Q.    Now, this series of meetings took

3  place after your March meeting with your

4  parents?

5    A.    Yes.

6    Q.    And that March meeting occurred in

7  California, correct?

8    A.    Yes.

9    Q.    Now, what were you doing in California

10  in March of 2003?

11    A.    I was visiting my aunt and my cousin

12  for spring break.

13    Q.    In Encinitas?

14    A.    Yes.

15    Q.    And were you then thinking of

16  transferring to the University of San Diego?

17    A.    Yes.

18    Q.    And was part of the reason for the

19  parents to come out there for you to interview

20  at the University of San Diego?

21    A.    Yes.

22    Q.    Did you need your parents out there in

23  order to have those interviews?

24    A.    No.

Adam Helfand

174

1       A.    No, it's a cafe.

2       Q.    And who was there?

3       A.    Me, my parents and maybe Holly.  I

4   don't remember if she was there or not.

5       Q.    Was your mother there?

6       A.    Yes.

7       Q.    And was this the meeting at which your

8   parents told you that they knew about it?

9       A.    Yes.

10       Q.    And was this the first meeting when

11   they told you that they knew about it?

12       A.    Yes.

13       Q.    Now, how did you get to that

14   restaurant?

15       A.    I don't know.  I don't remember how I

16   got there.  Either I got dropped off, or I went

17   with my parents.  I don't quite remember.

18       Q.    One of your parents has testified that

19   you were taking a train and that your father

20   went and picked you up.  Do you remember that?

21       A.    No.

22       Q.    That's not true?

23       A.    I don't remember getting off on a

24   train and going to Mosey's.  I just remember

Adam Helfand

175

1    having the meeting at Mosey's.

2         Q.    Did you come from Los Angeles?

3         A.    I don't remember.

4         Q.    You'd remember that, wouldn't you?

5         A.    No.   I went to Los Angeles a number of

6    times.

7         Q.    So what you're saying today is that

8    you and your parents went to this organic

9    restaurant.   How long were you at that

10   restaurant?

11        A.    When the meeting happened?

12        Q.    Yes.

13        A.    Maybe an hour.

14        Q.    And this was in March of 2003?

15        A.    Yes.

16        Q.    Do you remember that conversation with

17   your parents?

18        A.    Vaguely.

19        Q.    What do you remember?

20        A.    I remember them telling me that they

21   knew, and I remember them saying that they

22   weren't mad at me about it and that they were

23   sad that what had happened to me at John Dewey

24   had happened, that they thought it was terrible

176

1    what had happened.

2        Q.    What did you say?

3        A.    I don't remember how I responded.  I

4    was probably pretty quiet about it.

5        Q.    Well, give me everything you can

6    recall.

7        A.    I don't recall any words that I said.

8    I just remember not wanting to be having that

9    conversation.

10        Q.    And this took an hour?

11        A.    Well, we sat there and ate, and then

12    after we were done eating we left.

13        Q.    Where did you go?

14        A.    I don't remember where I went to after

15    the restaurant.

16        Q.    Did you go to the beach?

17        A.    I don't know where I went.

18        Q.    Well, according to your father, he and

19    your Aunt Holly picked you up, your mother

20    wasn't there, you went to a fast food

21    restaurant, a drive-through, got the food, sat

22    down at a table and had this conversation about

23    what they knew.  That's not what you're telling

24    me.

Adam Helfand

177

1    A.    No, that's not what I remember at all.

2    I remember having it at Mosey's, outside on the

3    back porch.  They have an outdoor eating area,

4    and that's where I remember having the

5    conversation.

6    Q.    So who's right, you or your father?

7    A.    I don't know.  In my memory it was

8    outside at Mosey's, and his memory, it could be

9    different, but that's what I remember.

10    Q.    Now, did you have more than that one

11    conversation with your parents?

12    A.    That's the only conversation I

13    remember.

14    Q.    How long were they out there?

15    A.    I don't remember.  Maybe a few days.

16    I don't know.  Maybe the whole time.  I don't

17    remember.

18    Q.    You had a conversation at this organic

19    restaurant, and they told you that they knew,

20    they didn't hold you at fault; is that right?

21    A.    Yes.

22    Q.    Now, they were in California for a few

23    days.

24    A.    Okay.

Adam Helfand

178

1    Q.    Is that what you told me?

2    A.    I said I didn't remember.  It could

3    have been a few days, or they could have been

4    out there the whole time.  I don't remember.

5    Q.    Did you talk to them at all during the

6    remainder of the visit about what had happened

7    between you and Gwen?

8    A.    No.  I think we stopped talking about

9    it.  After that conversation, it wasn't really

10   brought up, to my knowledge.  I don't remember

11   having another conversation about it while I was

12   out there.

13   Q.    Well, what did they say to you about

14   your relationship with Gwen?

15   A.    I don't remember what they exactly

16   said.  The gist of what I remember them saying

17   was that they're not mad at me about it, but

18   they think what happened at John Dewey was

19   messed up, that it wasn't right.

20   Q.    They blamed the school?

21   A.    Correct.

22   Q.    And you agreed with them?

23   A.    Correct.

24   Q.    They didn't blame you?

Adam Helfand

179

1    A.    No.

2    Q.    And neither did you?

3    A.    Correct.

4    Q.    Neither did your aunt?

5    A.    Correct.

6    Q.    Well, let me ask you this:  Did you

7    tell your parents in March of 2003 that you had

8    been continuing to see Gwen right up until that

9    time?

10    A.    I don't know if it came up or not.  I

11    don't remember if that was discussed or not.

12    Q.    Well, did you have a discussion with

13    them in California that March about suing John

14    Dewey Academy?

15    A.    I don't remember having a conversation

16    about suing them during that trip.

17    Q.    How soon did you have a conversation

18    with them about bringing a lawsuit after that

19    trip?

20    A.    I don't really know.

21    Q.    What's your best estimate?

22    A.    Probably within -- my best estimate

23    would be a month, but I'm really unclear.

24    Q.    Well, it was in March.  Do you think

Adam Helfand

185

1    A.    I believe to this day they knew what

2    was going on.

3    Q.    Take a look, please, at page 151 of

4    the therapist's notes.  Do you have that in

5    front of you?

6    A.    Yeah.

7    Q.    At the bottom of the page appear the

8    words "no one knew."

9        Do you see those words?

10    A.    At the bottom?

11    Q.    Yes.

12    A.    Okay.

13    Q.    That's the therapist's notes of your

14    meeting with her.

15        Did you tell the therapist in the

16    summer of 2003 that no one at the school knew

17    about what was going on with you and Gwen, yes

18    or no?

19    A.    I don't remember my conversation with

20    the therapist, but nobody at the school was made

21    aware directly that we were having sex.  I

22    didn't go up to the therapist and say that I was

23    having sex, and Gwen didn't tell the therapist

24    that I was having sex.

Adam Helfand

186

1    Q.    Would you agree that you and she

2    engaged in a coverup?

3    A.    Sure.

4    Q.    And that's what you told the therapist

5    at page 153?

6    A.    Where do you see that?

7    Q.    At the top of page 153.

8    A.    Those aren't my words.

9    Q.    But you would adopt them.  You just

10    did.

11    A.    I would say that we tried to keep the

12    relationship secret.

13    Q.    Now, as of August of 2003 when you

14    were visiting with this therapist, had you

15    engaged -- I think you said earlier you had

16    already talked about having a lawsuit; is that

17    right?

18    MR. HARDOON:  Objection.

19    A.    I don't know.

20    Q.    Well, maybe I misunderstood you.  I

21    asked you when, and you said, well, May or

22    perhaps June.

23    A.    I said I didn't know when.  I said it

24    could have been in those months, but I really

Adam Helfand

202

1    A.    No, I don't think so.

2    Q.    And did you tell anybody you were

3  doing this?

4    A.    No.

5    Q.    Now, when Gwen got back in the car,

6  did she talk about it?

7    A.    I don't remember anything about it.  I

8  barely remember the abortion.  I have trouble

9  even discerning if it was a dream or if it was

10  reality.  It's very foggy to me.

11    Q.    Well, we're talking about an event

12  that occurred approximately three years ago,

13  late in 2002; is that true?

14    A.    Around the time Vanessa was born.

15    Q.    Vanessa was born in June.

16    A.    Okay.

17    Q.    How long after Vanessa was born did

18  you resume having sex?

19    A.    I don't know.

20    Q.    A month or two?

21    A.    Shortly after.

22    Q.    And do you recall her telling you at

23  some point that summer or fall that she was

24  pregnant?

303

1                                    VOL. 2

2                                PAGES 303-566

3                             EXHIBITS:   23-26

4              UNITED STATES DISTRICT COURT

5              DISTRICT OF MASSACHUSETTS

6    Civil Action No. 04-11800-DPW

7    - - - - - - - - - - - - - - - - - - -

8    ADAM HELFAND, CARON HELFAND and

9    MITCHELL HELFAND,

10              Plaintiffs,

11   vs.

12   THE JOHN DEWEY ACADEMY, INC., THOMAS BRATTER,

13   CAROLE BRATTER, KEN STEINER and GWENDOLYN HAMPTON,

14              Defendants.

15   - - - - - - - - - - - - - - - - - - -

16

17              DEPOSITION OF ADAM HELFAND

18              Wednesday, December 21, 2005

19              9:10 a.m. to 3:40 p.m.

20          Prince, Lobel, Glovsky & Tye, LLP

21              585 Commercial Street

22          Boston, Massachusetts 02109

23      Court Reporter:  Doris M. Jones, RPR

24

Adam Helfand

327

1    A.  I disliked Tom Bratter and I didn't feel

2  comfortable with Ken Steiner and those were the only

3  two other people you could go to.

4    Q.  The relationship became sexual around your

5  18th birthday?

6    A.  Yes.

7    Q.  You said there was an initial occasion and

8  then you went back on a second occasion and

9  ultimately on the second occasion you had

10  intercourse with her; is that correct?

11    A.  Correct.

12    Q.  I want to focus on the spring of 2000.  Can

13  you give me some idea of how frequently you would

14  have any sexual contact with Gwen.  Was it once a

15  week or twice a week?

16    A.  After it became sexual it became frequent.

17    Q.  One man's frequent is another man's not so

18  frequent.

19    A.  I would say it was almost  -- it was almost

20  every night unless there was something that would

21  come up that would prevent it.

22    Q.  There was a regular plan that you would slip

23  over to her house most nights?

24    A.  Most nights I spent having sex.  Here and

Adam Helfand

328

1  there there were times when it didn't happen, but

2  the majority of the nights I spent with Gwen.

3      Q.  How did you accomplish that around the fact

4  she had two children at home?

5      A.  She would come out and we would have sex in

6  the car in front of Russell Street.  But later on,

7  when she moved, then it would be in her apartment.

8      Q.  Did you ever have sexual relations with her

9  on the John Dewey campus?

10     A.  Yes.

11     Q.  Was that when she was living in the carriage

12  house?

13     A.  Yes.

14     Q.  Was that after you had graduated?

15     A.  No.  Well, it was after I graduated but also

16  while I was a student.

17     Q.  I want to stick, if we can for a minute, to

18  the junior year, the now what I'll call the spring

19  of junior year?

20     A.  Okay.

21     Q.  There was some discussion of a car, a campus

22  car that you would take to go to Gwen's house?

23     A.  Yes.

24     Q.  When you mentioned having sex in the car,

Adam Helfand

380

1    Q.  She got pregnant and Vanessa was born,
2    correct?

3    A.  Correct.

4    Q.  You went back to having unprotected sex with
5    her after Vanessa's's birth, didn't you?

6    A.  Yes.

7    Q.  Weren't you concerned about her getting
8    pregnant again?

9    A.  I didn't know she could get pregnant right
10   after a baby was born like that.

11   Q.  At some point after Vanessa's birth, perhaps
12   in the summer or fall of 2002, you learned that she
13   was pregnant again, correct?  She told you she was
14   pregnant?

15   A.  Right.

16   Q.  And how did you feel about that?

17   A.  Pretty upset over it.  Pretty emotionally
18   distraught over it.

19   Q.  Was there a discussion about what to do
20   about that pregnancy?

21   A.  Yeah.

22   Q.  Did you suggest or advocate that an abortion
23   should take place?

24   A.  Yes.

Adam Helfand

381

1    Q.  Did she eventually agree?

2    A.  Yes.

3    Q.  Did you take her somewhere for that

4    procedure?  Or go with her somewhere?

5    A.  Yes.

6    Q.  Where did you go?

7    A.  I don't know.

8    Q.  Well, did you leave the John Dewey Academy?

9    A.  Yes.

10   Q.  Did you drive in a car?

11   A.  Yes.

12   Q.  Did you leave the Commonwealth of

13   Massachusetts?

14   A.  No.

15   Q.  Did you go to Springfield, Massachusetts?

16   A.  Possibly.

17   Q.  Did you go into a facility where it took

18   place or did you simply drop her off and pick her

19   up?

20   A.  To my best recollection, I dropped her off

21   and came back.

22        Could I take a break?  I need to go to

23   the bathroom.

24        MR. ROTA:  Okay.

Adam Helfand

399

1    Q.   Seeing Gwen Hampton?

2    A.   Yes.

3    Q.   You mentioned a situation in which you had a

4    conversation with Ken Steiner in which you told him

5    that you were sexually attracted to Gwen; is that

6    correct?

7    A.   Yes.

8    Q.   Tell me again the circumstances surrounding

9    that.

10   A.   What do you mean by circumstances

11   surrounding that?

12   Q.   As I understand it, you and Gwen became

13   aware of the fact that there were people who were

14   starting to talk about something that may have been

15   going on between you, correct?

16   A.   Correct.

17   Q.   You had a conversation with Ken Steiner in

18   which you told him that you were attracted to Gwen;

19   is that correct?

20   A.   Correct.

21   Q.   Was that part of a conscious effort or plan

22   with you and Gwen to present this information in an

23   attempt to in some way disguise your relationship?

24   A.   Yes.

Adam Helfand

400

1    Q.  Tell me how that happened.

2    A.  I don't remember exact conversations.  I

3  just know that me and Gwen had discussion about we

4  -- or she thought it would be a good idea if I would

5  go and tell Ken that I was sexually attracted to her

6  because it would look like I was dealing with it and

7  we weren't hiding things.

8    Q.  In your answer you initially said "we" and

9  you changed it to Gwen thought.

10    A.  Right.

11    Q.  Are you saying it was Gwen's idea?

12    A.  It was Gwen but I went along with it.

13    Q.  You went to Ken Steiner and told him you

14  were sexually attracted to Gwen?

15    A.  Yes.

16    Q.  How did he respond?

17    A.  Like it wasn't a big surprise to him.

18    Q.  What advice or recommendations did he have?

19    A.  He didn't have very much to tell me.  He

20  just sort of brushed it off, to my recollection.

21    Q.  Was there any plan or proposal put in place

22  to try to deal with that situation?

23    A.  No.

24    Q.  To the best of your knowledge did he ever

Adam Helfand

473

1    and everything I could.

2        Q.   Some things you didn't steal?

3        A.   Correct.

4        Q.   You never stole a car, did you?

5        A.   No.

6        Q.   Are you sure?

7        A.   Not until I was actually  -- well, did you

8    consider taking the school car stealing a car from

9    John Dewey?

10        Q.   No.

11        A.   Then no.

12        Q.   You keyed a car, though?

13        A.   Correct.

14        Q.   You took a key and damaged the car?

15        A.   Correct.

16        Q.   And that was when you were living at home?

17        A.   In Chicago, yes.

18        Q.   And that's because you were mad?

19        A.   Correct.

20        Q.   The car belonged to Tiffany's brother?

21        A.   No.

22        Q.   But a guy who knew Tiffany?

23        A.   Tiffany's sister's boyfriend.

24        Q.   Got it.  You were upset with him, were you?

Adam Helfand

474

1      A.   Yes.

2      Q.   So you damaged his car?

3      A.   Correct.

4      Q.   It cost about $600 to fix it?

5      A.   Correct.

6      Q.   Who paid that?

7      A.   My parents.

8      Q.   Did you ever pay them back?

9      A.   No.

10     Q.   Now, you then say, "My girlfriend had

11  finally agreed to let me have sex with her but only

12  if I was wearing a condom.  So I rode my bike to the

13  supermarket, pocketed a pack of condoms and a pack

14  of smokes."  Which girlfriend was that?

15     A.   Tiffany.

16     Q.   And is that the time that you referred to

17  yesterday where you were having sex that you didn't

18  finish?

19     A.   No.

20     Q.   Well, after you stole the condoms, as you

21  described it here, did you have sex with your

22  girlfriend?

23     A.   No.

24     Q.   Why not?

Adam Helfand

475

1    A.    I got picked up for shoplifting.

2    Q.    And your parents came to get you, did they?

3    A.    Yeah, my parents had to come to the store.

4    Q.    And what happened then?

5    A.    They came to the store and then I was

6    supposed to ride my bike home.

7    Q.    But you didn't; you went to your

8    girlfriend's house instead?

9    A.    Correct.

10    Q.    Why didn't you have sex with her then?

11    A.    I didn't have the condoms I got caught

12    stealing.

13    Q.    And the fact that you didn't have the

14    condoms is what made you not have sex with her; is

15    that true?

16    A.    True.

17    Q.    Because you didn't want her to get pregnant,

18    right?

19    A.    Because she wouldn't have sex with me

20    without a condom.

21    Q.    Oh, it was her decision?

22    A.    Correct.

23    Q.    Now, it then says, "My family life got

24    completely screwed up.  I hung out with a bad group

Adam Helfand

476

1  of kids.  I started getting in major trouble in

2  school.  I was getting suspended a lot for mouthing

3  off and having a shitty attitude and causing a lot

4  of problems."  You wrote those words?

5      A.  Yeah.

6      Q.  Were they true?

7      A.  Reread it to me.

8      Q.  Do you have the words in front of you?

9      A.  I don't know where you're reading it.

10     Q.  Just below the middle of the page.  "My

11 family life got completely screwed up.  I hung out

12 with a bad group of kids and started getting in

13 major trouble in school.  I was getting suspended a

14 lot for mouthing off and having a shitty attitude

15 and caused a lot of problems."

16     A.  Yes, that's true.

17     Q.  And then you say, "My parents would bribe me

18 to go a month without a suspension."  Was that true?

19     A.  Yeah, they would reward me if I didn't get

20 in trouble at school.

21     Q.  "And they would reward me and get me a bike

22 and pretty big stuff."  Did they get you a bike?

23     A.  They got me a bike, but I don't remember if

24 it was because I'd gone without getting in trouble

Adam Helfand

477

1    in school or not.

2        Q.  Was that the motorbike?

3        A.  No.

4        Q.  When did you get the motorbike?

5        A.  My freshman year of high school.

6        Q.  Your parents bought you that, did they?

7        A.  Yeah.

8        Q.  That was before you were 16?

9        A.  Yeah.

10       Q.  And then you say, "I knew I controlled my

11   parents from this point on."  Those were your words,

12   right?

13       A.  Right.

14       Q.  Did you feel at that time that you

15   controlled your parents?

16       A.  I don't know what I was feeling at that

17   time.

18       Q.  Can you tell me why you wrote that?

19       A.  I don't know why I wrote that.

20       Q.  Well, in fact, your parents were willing to

21   do almost anything for you to stay out of trouble;

22   isn't that true?

23               MR. HARDOON:  Objection.

24               MR. STEINFIELD:    Good objection.  Let

Adam Helfand

478

1   me try another question.

2   BY MR. STEINFIELD:

3       Q.   Your parents used to negotiate with you that

4   if you behaved they would give you some reward,

5   right?

6       A.   Sure.

7       Q.   So you would behave in order to get the

8   reward, right?

9       A.   Sometimes, yes.

10      Q.   And then you would go back to behaving

11  badly, correct?

12      A.   Sometimes.

13      Q.   And then they would reward you or bribe you

14  again, you would get the reward and then you would

15  go back to behaving badly; is that right?

16      A.   I don't think that was right all the time.

17      Q.   But that was the pattern you followed?

18      A.   That could have been a pattern, yes.

19      Q.   Let me ask you to turn to the page with 40

20  at the top.  Here you say that "One of the first

21  times I actually got wasted was when I smoked

22  opium."  Do you see those words?  A third of the way

23  down the page.

24      A.   Yeah.

Adam Helfand

485

1    not.

2        Q.   Now, did you use your pager in connection

3    with your drug selling?

4        A.   Yeah.  Yeah, I think so.

5        Q.   Your parents bought you a pager, right?

6        A.   Yeah.

7        Q.   Why did they buy you a pager?

8        A.   So they could get in touch with me.

9        Q.   This was before cell phones, was it?

10       A.   I believe so.

11       Q.   And did you return the calls when they paged

12   you?

13       A.   Sometimes, yeah.

14       Q.   Your mother wanted to know where you were,

15   did she?

16       A.   I assume that's why she was paging me, among

17   other reasons.

18       Q.   Well, did she page you to ask you to do

19   errands for her?

20       A.   I can't recall why she would page me.

21       Q.   Do you recall doing errands for your mother?

22       A.   I don't remember.

23       Q.   Did you ever have a part-time job when you

24   were living at home?

Adam Helfand

511

1    A.  Yes.

2    Q.  Did you follow that teaching?

3    A.  Yes, sometimes.

4    Q.  So if I understand what happened in this

5  particular episode, you stole things and then you

6  sold back what you had stolen.  Is that what

7  happened?

8    A.  I don't really remember what actually

9  happened.

10    Q.  That's close enough.  Let's go to the next

11  page.  Now, could you read what you wrote at the top

12  of that page.

13    A.  48?

14    Q.  Yes.

15    A.  "No emotion or care.  I ruined his house,

16  stole and then sold him back things I stole to get

17  more money from him.  I did a lot of horrible shit

18  to him but I didn't realize that it was that bad.  I

19  mistreated so many people.  I got suspended from

20  school for beating up an Indian kid.  I did it

21  because my brother told me to hate Hindus."

22    Q.  Stop there.  Do you remember beating up an

23  Indian kid?

24    A.  I remember getting in a fight, yeah.

Adam Helfand

529

1    Q.   Yes.   Then if you read starting "I stole and

2    ripped people off."

3        A.   I stole and ripped people off?

4            (Pause.)

5        A.   Okay.

6        Q.   Would you read that please?

7        A.   "I stole and ripped people off to get what I

8    wanted.   I stole wallets and purses at school and I

9    would rip people off when selling."   I  -- I can't

10    read that words.

11       Q.   Raised?

12       A.   "I raised my prices and tried to scam kids.

13    I got caught in school.   I stole a purse that had

14    close to $140 in it.   The next day at school I came

15    in trashed.   I used the money to get more drugs.   My

16    friend Brian got questioned about it because the

17    girl said she thought it was either me or him.

18    Brian said the officer was looking for me so I left

19    school and dropped off all the illegal shit I had on

20    me and came back for gym.   The officer took me out

21    of the class into the dean's office.   There they

22    said they knew it was me.   If I don't give back the

23    money and confess, they were going to press charges.

24    So I did but I didn't have the money.   I spent it

Adam Helfand

530

1   all on drugs.  I went to Eric's house and had to

2   borrow from his mom $180.  I paid the school and got

3   a long suspension, three or five days" -- I can't

4   read that word.  Again.  "Again I had gotten in

5   trouble for stealing.  A few months later I got

6   thrown out of school for drugs."

7        Q.  Why don't we stop there.

8             This episode about the $140 and the

9   suspension and borrowing money from Eric's mother,

10  this all occurred in your last year in high school

11  in Illinois, right?

12       A.  Right.

13       Q.  And that's after you moved to Glenbrook

14  North?

15       A.  Right.

16       Q.  And your mother's testified that that was in

17  January of 1999 and that this episode happened early

18  in the year.

19       A.  Okay.

20       Q.  And you'll accept that?

21       A.  I'll accept that.

22       Q.  And you borrowed the $180 to get out of

23  trouble.  Were you arrested?

24       A.  No.

Adam Helfand

531

1    Q.   Were you punished?

2    A.   I was suspended from school.

3    Q.   Other than that?

4    A.   Yeah, I think my parents punished me.

5    Q.   What did they do?

6    A.   I don't remember.

7    Q.   Do you have any idea?

8    A.   I don't think I was allowed to go out or do

9    anything while I was suspended, but I don't remember

10   the exact punishment.

11   Q.   Well, who paid the $180 back?

12   A.   I did.

13   Q.   Where did you get the money?

14   A.   I think me and Eric sold drugs or pawned

15   stuff.  I don't really remember.  I don't remember

16   how we got the money.  I just know me and Eric came

17   up with it somehow.  I don't remember.  I don't know

18   if I paid her back in full.  I just know we

19   attempted.

20   Q.   Well, did your mother ever bail you out by

21   paying your drug dealer for you?

22   A.   Yeah.

23   Q.   Do you remember that?

24   A.   Yeah.