# THE JOHN DEWEY ACADEMY

Searles Castle - 389 Main Street
Great Barrington, Massachusetts 01230
(413) 528-9800 Fax # (413) 528-5662

## PRE-ENROLLMENT/ ENROLLMENT AND FINANCIAL AGREEMENT

Student _Adam Helfand_

Address _254 Buckland Ln._

_Northbrook, IL 60062_

Phone (H) (847) _564-5399_

School Year 1998-1999

Date of Birth _3-10-82_

Soc. Sec. # _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_

Today's Date _6 70-99_

### Pre-Enrollment

It is the policy of The John Dewey Academy to pre-enroll all students for a probationary stay before their official acceptance. This pre-enrollment period does not exceed fourteen days. The pre-enrollment fee of two thousand dollars is due upon the student's arrival and is non-refundable. When the student indicates a desire to enroll, the parents agree to support the school, and there is a majority vote of the community, the individual will be admitted. The student is then enrolled and tuition is charged from the first day of the pre-enrollment period through the quarter. The $2,000.00 becomes the student's expense account, which covers incidental expenses. If a student remains more than fourteen days, but does not get voted in or leaves, a daily rate of $137.00 will be charged additionally. A deposit of $4,000.00 also is required at the time of pre-enrollment. This deposit will be refunded minus any expenses incurred by or for the student, which may include but is not limited to unpaid bills, theft, or damage to school or student property.

### Enrollment

Enrollment is based on the academic year commencing September 1, 1998, ending August 31, 1999 (subject to the terms in the pre-enrollment paragraph above). I/We hereby enroll _Adam Helfand_ in the John Dewey Academy Inc. for the 1998-1999 school year and agree to pay the tuition and fees as indicated below.

Annual Fee: _50,000.00_

Non-refundable quarterly payments: _$12,500.00_
Payment due thirty days prior to each quarter.

$12,500.00 by August 1, 1998

$12,500.00 by November 1, 1998

$12,500.00 by February 1, 1999

$12,500.00 by May 1, 1999

The fee shall be pro-rated for those students entering in the middle of the quarter.

Fees shall include tuition, therapy, room and board. Other expenses on behalf of the student shall be billed separately. I/We shall bear the responsibility for payment of these costs. Examples of such expenses include, but are not limited to: college courses, medical expenses, educational trips, costs incidental to college interviews, paperbacks and textbooks kept by students. These incidental expenses shall be deducted from the student's expense account. This fund must be maintained with a $2,000.00 credit at the beginning of each quarter.

over

Fees will be modified if financial aid is awarded.

0049

Once the student has been accepted for enrollment, I/we will be responsible for the total quarterly fee notwithstanding that the student for any reason (including, but not limited to, voluntary withdrawal, illness, relocation, suspension, or dismissal by the school) does not complete attendance at the school for the stated quarter. Third party payments do not affect in any way your financial responsibility unless so agreed in writing with The John Dewey Academy.

A financial agreement must be signed each year to ensure continued enrollment.

I/We further agree and understand that the school reserves the right to deny participation in classes or activities and/or make provisions for the student to be returned to me/us at our expense for transportation if the payment(s) has/have not been made by the due date, if the student is deemed by the faculty to pose a physical danger to him/herself, others, or to the physical plant, or for any other reason deemed valid by the staff. Students are expected to take all their belongings with them on the day of departure and clean their room. The school is not responsible for any property left on the premises after the student leaves. Families are responsible to make outside arrangements to collect any student property left. If the school is asked to ship any belongings and or the departing student does not clean their room, there will be a packing fee of $175.00 plus shipping costs. Personal effects will be donated to charity after thirty (30) days.

Any unpaid fees shall accrue interest at the rate of eighteen (18) percent per annum commencing thirty (30) days after the invoice date. Such interest will continue to accrue until the obligation is fully paid. In addition, I/we agree to be liable for the costs of collection of our overdue obligations including court costs and reasonable incidental attorney's fees. Legal proceedings will be under the jurisdiction of the Commonwealth of Massachusetts.

Participation in graduation ceremony and the sending out of official transcripts will be denied if fees are not paid in full.

As mandated by federal and state laws, in the interests of the health and safety of the students and the school, all students are required to undergo a complete medical examination and blood work-up prior to enrollment. Examinations and tests conducted within ninety (90) days prior to enrollment may satisfy this requirement. If a medical is not received within thirty (30) days of arrival, one will be done locally at the expense of the parents(s)/guardian(s).

I/We acknowledge that there is no twenty-four-hour, seven-day-a-week supervision at the school.

The recommended enrollment period for students at The John Dewey Academy is two (2) years or more with a minimum of twenty-one (21) months to complete all academic and therapeutic requirements. Any adjustment to the length of stay will be arranged in the second year of attendance with clinical staff and the academic dean.

The parent(s)/guardians(s) who sign this agreement acknowledge that they have read and understood this agreement.

If more than one parent/guardian is signing below, we understand and agree that the obligations imposed herein are joint and several, and that we are therefore each fully liable for all fees.

I/We hereby certify that I/we are the parties who are legally and financially responsible for the student. Both parents/guardians must sign unless otherwise approved by the school.

| 4/10/99 | _____ | _____ | _____ |
|---------|-------------------|-----------|-------------------|
| Date | Parent or Guardian | Date | Parent or Guardian |

Enrollment for the Student is hereby accepted in The John Dewey Academy.
By: _____ Date _____

The John Dewey Academy is incorporated under the laws of the Commonwealth of Massachusetts. It is accredited by the New England Association of Schools and Colleges and by the National Independent Private Schools Association.

6/98

**0050**