# RELEASE
## THE JOHN DEWEY ACADEMY

In consideration of the student, *Adam Helfand*, being admitted to The John Dewey Academy (the "Academy"), in Great Barrington, Massachusetts, the undersigned, the Parent and/or the Guardian to the Student, hereby releases the Academy, and all its agents, officers, and employees, from any and all liability or responsibility for any and all injury or other causes of action of every nature arising out of the undersigned's attendance at the Academy, and from any and all injury of causes of action of every nature sustained or arising while the undersigned is on or about the premises.

Further, the undersigned recognizes, understands and agrees that it is not possible to supervise the activities of the Student 24 hours a day and there may be times when the Student is therefore unsupervised or off campus without the knowledge of the Academy.

1.      SPECIFICALLY AND IN FURTHERANCE OF THE ABOVE AND NOT IN LIMITATION THEREOF, the undersigned acknowledges that there are ponds, rivers, and mountainous terrain on or about the premises which could be potentially dangerous, and the undersigned takes full responsibility for any injury sustained while the Student is on or about said areas, including while using any boat of any kind. Additionally, the Student is required, from time to time, to work in or about the kitchen and to do various tasks on or about the campus using or involving tools and equipment, all as part of the learning and maturation process. The undersigned agrees to indemnify and hold harmless the Academy for any injury or causes of action of every nature sustained by the Student incident to the use or activities of the foregoing or while on or about the buildings or campus of the premises.

2.      The undersigned agrees to take full responsibility for any minor child or children of theirs while said minor(s) are on or about the premises.

3.      The programs, seminars, field trips and visits, off campus educational trips (collectively "Trips"), sessions and courses, while basically didactic in nature nevertheless involve a degree of personal self-exploration. The undersigned agrees to take full responsibility for the level of exploration by the Student and hereby agrees to indemnify and hold harmless the Academy for any injury, (whether physical or mental) or causes of action of every nature arising out of the course programs, seminars, trips, sessions and courses, and the self-exploration involved therein.

It is understood that the course programs, seminars, trips, sessions and courses are educational in nature and that the Academy is not a medical facility or psychiatric clinic or treatment center and the Academy does not serve people seeking medical or psychiatric service.

It is expressly understood that without executing this Release, the Academy would not accept the Student into the programs, courses, sessions or seminars as the case may be, or if already accepted, the Student would not be continued in enrollment past the end of the current semester.

It is understood that "the undersigned" in the singular as used throughout this RELEASE refers to all parties executing the RELEASE, whether singular or plural, masculine or feminine, and if minors are involved, the undersigned is signing in both his individual capacity and that of custodian and guardian of such minors.

The use of the term "premises" throughout this RELEASE shall be deemed to mean all the land and all the buildings and appurtenances thereon, all of which collectively comprise the Academy.

IN WITNESS WHEREOF, the undersigned has executed this RELEASE under seal this 10ᵗʰ day of June 1999.

Signature and date parent/guardian _*W Helf*_____ 6/10/99___

Address and phone 2544 Buckland Lane Northbrook IL 60062

Signature and date parent/guardian _____

Address and phone _____

The John Dewey Academy is incorporated under the laws of the Commonwealth of Massachusetts. It is accredited by the New England Association of Schools and Colleges and by the National Independent Private Schools Association.                    9/96

**0047**