UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM HELFAND, CARON HELFAND and MITCHELL HELFAND,<br><br>- vs -<br><br>THE JOHN DEWEY ACADEMY, INC., THOMAS BRATTER, CAROLE BRATTER, KEN STEINER AND GWENDOLYN HAMPTON, | No. 04-11800-DPW |

DEPOSITION OF HOLLY ANDERSON

January 16, 2006

Reported by: LYNN PENFIELD, CSR No. 8589, RPR



KRAMM
associates, inc.
Certified Shorthand Reporters
2224 3rd Avenue
San Diego, CA 92101
phone 619-239-0080
fax 619-239-0206
toll free 800-939-0080
web www.kramm.com

CERTIFIED COPY

```
 1   in November?
 2       A.   I don't know the date.
 3       Q.   Well, do you know that they were --
 4       A.   Deposed?
 5       Q.   -- in Boston for depositions?
 6       A.   Yes.
 7       Q.   Have you spoken to them about their
 8   depositions?
 9       A.   No.
10       Q.   Not at all?
11       A.   No.
12       Q.   Well, besides asking you what was the date of
13   the visit when he told you about his relationship and
14   the pregnancy and so forth, did he say anything else to
15   you about his deposition?
16       A.   Not that I can recall, no.
17       Q.   And you were able to tell him it was July of
18   '02.
19            How did you remember when he had made that
20   visit?
21       A.   I remembered the date.
22       Q.   How did you remember?
23       A.   It was just clear in my mind.
24       Q.   The month or the exact date?
25       A.   The month.  The month.
```

29

1  Q.  Did you know when in July of '02?

2  A.  Not specifically, no.

3  Q.  Now, that was after his first year of college,
4  right?

5  A.  Yes.

6  Q.  What brought him out to California that summer?
7  Do you know?

8  A.  I don't know specifically.  I know he came just
9  to visit me.

10  Q.  For how long?

11  A.  I don't recall how many days specifically.  It
12  was probably close to a week.  I don't remember how many
13  days.

14  Q.  Now, were you aware back when Adam was living
15  at home before going to John Dewey of whether he
16  destroyed other people's property or damaged people's
17  property?

18  A.  Not that I recall at this time.

19  Q.  Well, there are really two questions:  Were you
20  aware then, and have you learned anything about that up
21  to the present time?

22  And let me ask that second question.

23  As you sit here today, do you know to what
24  extent Adam destroyed or damaged people's property
25  intentionally when he was living at home?

30

1    A.    No. I don't.

2    Q.    Well, did you go to check?

3    A.    No.

4    Q.    How do you know you don't?

5    A.    Because I know I always clean out my e-mail. I
6  don't save e-mail.

7    Q.    How often?

8    A.    Daily.

9    Q.    So you don't have either saved e-mails or a
10 record of any e-mails from him to you; is that true?

11   A.    I don't have any, no.

12   Q.    And what about sent e-mails? Do you save
13 those?

14   A.    No.

15   Q.    Now, you told Adam when he came back from his
16 deposition that he came out here and saw you in July
17 after his first year of college, right?

18   A.    Correct.

19   Q.    And, as you sit here today, do you remember
20 that visit?

21   A.    Yes.

22   Q.    I'd like you to tell me everything you can
23 recall about the visit that Adam paid to you in July of
24 2002.

25        MR. HARDOON: Objection.

50

1             MR. STEINFIELD:  Excuse me?

2             MR. HARDOON:  Objection.

3  BY MR. STEINFIELD:

4     Q.   Well, let me ask you a question a little
5  differently.

6          Did you have a conversation with Adam at that
7  time?

8     A.   Yes.

9     Q.   Was that a conversation in which he disclosed
10 to you that he had had a sexual relationship with Gwen
11 Hampton?

12    A.   Yes.

13    Q.   And, as you sit here today, you recall the
14 conversation, correct?

15    A.   Yes.

16    Q.   I would like you to tell me in as much detail
17 as you can what Adam said to you and what you said to
18 him.

19    A.   I don't recall specific words.

20    Q.   Well, give me your best memory.

21    A.   But I recall a conversation where Adam told me
22 that he had a child and that he had been having a sexual
23 relationship with Gwen, and that Gwen had been giving
24 him alcohol and prescription drugs; and that the baby
25 had been born a few weeks earlier, he had been part of

51

1  the adoption process, and that he had basically had to
2  spend his entire first year of college driving to
3  doctors' appointments for Gwen and to meetings with the
4  adoption agency, and that she had been controlling him
5  his entire first year of college.
6         I asked him how the sexual relationship started
7  and when it started, and he said it started after he had
8  turned 18, and that she had him to her house or
9  apartment and had given him wine and prescription drugs
10 and started a sexual relationship with him while he was
11 a student at John Dewey Academy.
12        I'm trying to think.
13        He felt very trapped. He told me he was
14 trapped and that he wanted somebody to know what had
15 happened to him. He told me he held the baby after the
16 baby was born and that they named the baby together, he
17 and Gwen, and that he had met the adoptive parents and
18 he felt really good about the adoptive parents.
19        We talked about the fact that he was unable to
20 make friends or develop any relationships at college,
21 that Gwen insisted he be in his room at 10:30 every
22 night and call her; that she would drive to
23 Manhattanville to spend the night with her children in
24 his dorm room, that she provided him with alcohol and
25 prescription drugs regularly while he was at John Dewey

52

1        MR. STEINFIELD:  Okay.  Off the record.

2        (Recess from 11:33 a.m. to 11:46 a.m.)

3   BY MR. STEINFIELD:

4        Q.   During the three-hour conversation in July of

5   2002, was there any discussion between you and Adam of

6   bringing a lawsuit?

7        A.   No.

8        Q.   During your conversation with Gwen Hampton at

9   4:00 a.m. in the East, was there any discussion of a

10  lawsuit?

11       A.   No.

12       Q.   Have you spoken with Gwen Hampton at any time

13  other than that conversation?

14       A.   No.

15       Q.   Either before or after?

16       A.   Correct.

17       Q.   Have you given me everything you can remember

18  about that conversation?

19       A.   I think that I didn't mention earlier -- I'm

20  not sure -- that Adam specifically had asked me not to

21  tell his parents any of what we discussed, and that was

22  before he told me anything.  He said, I want to make

23  sure you won't tell my parents anything I'm about to

24  tell you.

25       Q.   And what did you say?

60

1   A.   I told him that I would not tell his parents.

2   Q.   And do you recall anything else of the
3   conversation?

4   A.   I just recall at the end of the conversation
5   telling him how important it was that he enjoy his
6   college years, that I thought he should tell his
7   parents, and that he needed to tell his parents, and
8   that I wanted him to go back to Great Barrington and end
9   his relationship with Gwen.

10   Q.   What did he say?

11   A.   He said that he didn't know that he could do it
12   while he was still in Great Barrington, but he would
13   try.

14   Q.   Well, when you say he was still in
15   Great Barrington, he was attending college at the time,
16   right?

17   A.   But that summer when he came to see me in July,
18   he was taking a summer school course in Great
19   Barrington --

20   Q.   Okay.

21   A.   -- and working at the school, at John Dewey.

22   Q.   As you think back on the conversation, you
23   clearly recall telling Adam that he should tell his
24   parents?

25   A.   Yes.

61

```
 1   contact with each other?
 2       Q.   Yes.
 3       A.   I knew they were still in contact with each
 4   other.
 5       Q.   And you had promised Adam that you would keep
 6   that confidence, his disclosure to you.
 7            Did you change your mind at some point?
 8       A.   Yes.
 9       Q.   Did you tell Adam that you were changing your
10   mind?
11       A.   No.
12       Q.   What caused you to change -- excuse me.
13            Before I get to that, you disclosed all of this
14   to your husband, did you?
15       A.   Right.
16       Q.   Right -- the next day?
17       A.   Yes.
18       Q.   And did you also tell Austin?
19       A.   No.
20       Q.   Did you tell anybody --
21       A.   No.
22       Q.   -- other than your husband?
23            What caused you to change your mind and tell
24   your brother and sister-in-law?
25       A.   Well, I think in my own mind I had given Adam a
                                                              72
```

```
 1   time limit as to how long I was going to give him to
 2   tell his parents.  I wanted him to tell his parents, and
 3   at some point Mitch and Caron had mentioned to me that
 4   they were going to fly Gwen and her children in for some
 5   upcoming school break for a vacation to Chicago, and I
 6   knew I needed to tell them before they did something
 7   like that.
 8       Q.   Well, in fact, Gwen and her children had
 9   visited with your brother and sister-in-law.
10            You knew that, did you?
11       A.   Previously you mean?
12       Q.   Yes.
13       A.   Yes.
14       Q.   And did you know when they had visited?
15       A.   I don't recall.  Sometime while Adam was a
16   student at John Dewey Academy.
17       Q.   And what about after graduation?
18       A.   I don't recall when that visit was.
19       Q.   You understood that they were having -- going
20   to have her back to Chicago to --
21       A.   Correct.
22       Q.   -- visit again?
23       A.   Yes.
24       Q.   And did you understand when that was going to
25   happen?
```

73

1    A.   It was some type of break they had at John
2    Dewey Academy.  I don't recall what the specific break
3    was.
4    Q.   Well, when did you make this disclosure to your
5    brother and --
6    A.   In January of '03.
7    Q.   January of '03?
8    A.   Uh-huh.
9    Q.   In person or by phone?
10   A.   By phone.
11   Q.   Who did you talk to?
12   A.   Both of them.
13   Q.   Was anyone else on the call?
14   A.   No.
15   Q.   How long did the call take?
16   A.   I don't recall.
17   Q.   Give me your best estimate.
18   A.   I don't recall.  It could have been any --
19   Q.   More than an hour, or less than an hour?
20   A.   I don't recall.  It was probably around an
21   hour, maybe more.  I don't remember the amount of time.
22   Q.   Do you remember what time of day?
23   A.   It was evening.
24   Q.   Was there a reason why you didn't inform Adam
25   that you were going to tell his parents?

74

1   A.   No. I don't think I -- I just knew I needed to
2   tell them.
3   Q.   Can you describe the conversation as you did
4   the previous one, giving me as much detail as you can
5   remember of what you said and of what they said?
6   A.   I just remember calling, and I think my brother
7   answered and I asked him if he could get Caron on the
8   phone, and he did.
9         And I just said, I have to tell you guys
10  something and it's going to be hard to hear, but I want
11  you to just listen and hear me out, and it's going to be
12  shocking.
13        And I said that when Adam came to visit me in
14  July, he told me that he and Gwen were having a sexual
15  relationship, that they had been having a sexual
16  relationship, and that she had a baby by Adam. And I'm
17  sure that I went into the details of my conversation
18  with Adam about -- I mean I don't have a great
19  recollection of how much I told them that night, but
20  that I felt that Adam was going to need their help, that
21  he was trapped, that he was in a very bad situation. I
22  told them that this child had been put up for adoption.
23        I told them that, in my opinion, Gwen was
24  controlling Adam, controlling them, and that Adam had
25  basically been brainwashed by her and that Adam -- and

75

1   that Gwen was manipulating them as well.

2       I told them that I had not told Adam that I was
3   telling them everything that he had told me and that he
4   had specifically asked me not to tell them, and I asked
5   them to take some time to internalize everything I was
6   telling them before they reacted to Adam because he was
7   in a very vulnerable situation, and I wanted them to
8   think about how they were going to talk with him about
9   it before they acted.

10      I told them I thought it was going to take a
11  few days for them to really internalize everything I was
12  telling them because it had taken me that long to
13  internalize everything that Adam had told me, and I told
14  them that the sexual relationship had started after Adam
15  turned 18 while he was still a student at John Dewey,
16  and that, as far as I knew, it was continuing on to that
17  day.

18      Q.  You told them it was still going on at the time
19  of the conversation?

20      A.  I told them I thought it was, I didn't know
21  that, and that I knew that she had required Adam to make
22  these long drives to doctors' appointments, to the
23  adoption agency; that she required Adam to be in his
24  room at 10:30 every night and on the phone with her;
25  that she had come to Manhattanville with her children

76

1  and had stayed in his dorm room; that she had given Adam
2  alcohol and prescription drugs while he was a student at
3  John Dewey, and continued to drink and do drugs with
4  Adam; and that I knew it was going to be hard for them
5  to hear all this because they trusted Gwen and they
6  didn't know about any of this and that it was going to
7  be devastating.
8        That's pretty much it. I told them everything
9  I knew from Adam.
10    Q.   What did Mitchell say and what did Caron say?
11    A.   Oh, my God.
12        I mean that was pretty much it.
13        Wow.
14        Just that they were sad and upset and, What are
15  we going to do, and, How did this happen, and how could
16  they have trusted somebody so much and not have known
17  that -- you know, they were feeling a lot of pain, a lot
18  of guilt, a lot of -- you know, How can we help him now?
19  What can we do to help him now?
20    Q.   Do you remember anything else --
21    A.   Shock.
22    Q.   -- that either of them said?
23    A.   That's all I really remember from that
24  conversation.
25    Q.   Do you hold Adam accountable for any of his

77

1  Q.  But you do hold him accountable for his drug
2  use when he was living at home?
3  A.  I hold him accountable for knowing that it was
4  wrong.
5  Q.  Well, do you believe that he currently uses
6  drugs voluntarily or involuntarily?
7  A.  I don't know how to answer that.
8  Q.  When you had your conversation in January, was
9  there any discussion of a lawsuit, or bringing a
10 lawsuit?
11 A.  In my conversation with Mitch and Caron, no.
12 Q.  Have you told me everything you can remember of
13 that conversation?
14 A.  I believe so, at this time.  That's all I can
15 recall at this time.
16 Q.  Now, after you had your conversation with
17 Holly -- excuse me -- with Mitchell and Caron, did you
18 inform Adam that you had told his parents?
19 A.  Not right away, no.
20 Q.  Well, did you ever inform him of the
21 conversation up to the time that his parents came out
22 here in March of 2003?
23 A.  That's when I informed him.
24 Q.  And we'll get to that.
25    So you kept this secret of Adam's for about six

79

```
 1  months; am I right?
 2      A.   From July to January, yes.
 3      Q.   Did you tell your brother or your sister-in-law
 4  why you waited so long to tell them?
 5      A.   I told them that I waited because I wanted Adam
 6  to tell them.
 7      Q.   During the period between July and January,
 8  that six-month period, did you ever ask Adam whether he
 9  had told his parents?
10      A.   I never asked him.  I knew that he had not.  I
11  kept encouraging him to tell his parents.
12      Q.   And the reason you knew he had not told them is
13  that if he had, they would have told you?
14      A.   He would have told me.
15      Q.   Or he would have told you?
16           So you encouraged him repeatedly over a period
17  of six months, Tell your folks?
18      A.   I talked with him very infrequently over those
19  six months, not very often.  The times that I did speak
20  with him, I told him I thought he should tell his
21  parents.
22      Q.   And you told him that in your -- at your dining
23  room table that first night, yes?
24      A.   Yes, to the best of my recollection, I believe
25  I told him to.
```