MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat    Sign Out



Hotmail   Home   Inbox   Compose   Contacts   Options   Help

boscorelli@hotmail.com            Free Newsletters | MSN Featured Offers | Find Message

Save Address(es) | Block            Previous  Next | Close

From: "Adam B. Helfand" <helfanda@mville.edu>
Reply-To: <helfanda@mville.edu>
To:
Subject: me
Date: Mon, 17 Mar 2003 19:01:29 -0500

Reply | Reply All | Forward | Delete | Put in Folder...            Printer Friendly Version

as you probably expected you were right my parents do know about everything.
After being with them we as a family have decided it would be best if we didnt
communicate. I am asking you to please not answer this e-mail or call because i
really need time to myself.



EXHIBIT
54 Hampton
6/2/06  p55

MSN - More Useful Everyday

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat

© 2003 Microsoft Corporation. All rights reserved. TERMS OF USE   Advertise   TRUSTe Approved Privacy Statement   GetNetWise

000735