*Behavioral Referral Summary for Adam Helfand (I.D.# 5414)*

| Date | Infraction | Action Taken |
|---|---|---|
| 5/4/99 | Substance Abuse Policy | Parents notified/10-Day suspension/MDRC |
| 4/22/99 | 3rd Off Campus | Parents notified/R.S.H. remainder of the year |
| 3/24/99 | Stole money from a purse | Parents notified/3-Day suspension |
| 2/26/99 | 2nd Off Campus | Parents notified/10-Days R.S.H. |
| 1/28/99 | 1st Off Campus | Parents notified/5-Days R.S.H. |
| *Discipline Infractions While At Glenbrook South* | | |
| 11/23/98 | Insubordination | Parents notified |
| 11/10/98 | Disruptive behavior in class | Parents notified |
| 11/9/98 | Parking violation | Parents notified |
| 11/9/98 | Insubordination | Parents notified |
| 11/5/98 | Insubordination | Parents notified |
| 11/4/98 | Off Campus/Reckless Driving | Parents notified |
| 10/20/98 | Disrupting the class | Parents notified/2 Detentions assigned |
| 10/8/98 | Consuming food in hallway | 1 Detention assigned |
| 9/17/98 | Pager | Parents notified |
| 5/29/98 | Classroom Misconduct | Parents notified/3 Days L.A.C. |
| 5/12/98 | Off Campus | Parents notified |
| 4/24/98 | Off Limits | Parents notified/1 Detention assigned |
| 3/26/98 | Loitering | Student warned |
| 3/26/98 | Off Campus | Student warned |
| 3/16/98 | Student altercation | Parent conference |
| 3/6/98 | Consuming food in hallway | Parents notified/2 Detentions assigned |
| 3/3/98 | Argumentative in class | Parents notified |
| 2/24/98 | Misconduct in class | Parents notified |
| 2/2/98 | Misconduct in class | Parents notified/Saturday Detention assigned |
| 12/4/97 | Insubordination | Dropped from class |
| 9/23/97 | Misconduct in class | Parents notified/1 Detention assigned |
| 2/17/97 | Insubordination | Parents notified/1 Day L.A.C. |
| 12/2/96 | Inappropriate language | Parents notified/2 Detentions assigned |

EXHIBIT 14
FOR I.D. 4·3·06

GHS 91