UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



ADAM HELFAND, CARON HELFAND,
AND MITCHELL HELFAND,
    Plaintiffs

vs.                  C.A. No. 04-11800DPW

THE JOHN DEWEY ACADEMY, INC.,
THOMAS BRATTER, CAROLE BRATTER,
KEN STEINER, AND GWENDOLYN HAMPTON,
    Defendants

**DEPOSITION OF THOMAS E. BRATTER**, a witness called on behalf of the Plaintiffs, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Jessica L. Bisaillon, a Registered Professional Reporter, Certified Shorthand Reporter, and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, Massachusetts 02116, on Wednesday, February 8, 2005, commencing at 10:15 a.m.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
One State Street, Suite 1150
Boston, Massachusetts 02109
(617) 742-6900

```
 1    A.   No.  That never happened.
 2    Q.   Okay.  Have you ever been convicted of any
 3         crimes?
 4    A.   Yes.
 5    Q.   Tell me what they were and what courts.
 6    A.   Litchfield County Court.  I was -- I pled no --
 7         no contest to unlawful physical restraint.  I
 8         believe the year was 1993.
 9              More recently, I -- I don't remember what
10         I pled.  I think I may have pled no -- no contest
11         again to simple assault.  And that was the
12         Pittsfield -- I guess the Pittsfield -- I guess
13         the county court in Massachusetts.
14    Q.   What year was that?  I'm sorry.
15    A.   I'm not sure.
16    Q.   Do you know approximately what year that was?
17    A.   I would think it's five years ago.
18    Q.   So around 2001 perhaps?
19    A.   Yes.
20    Q.   Okay.  And those are the only two convictions
21         that -- that you're aware of or that you have?
22    A.   Yes.
23    Q.   Going to the Litchfield County Court one for a
24         moment, can you tell me what the outcome or
```