UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM HELFAND, CARON HELFAND, AND MITCHELL HELFAND, <br><br> v. <br><br> THE JOHN DEWEY ACADEMY, INC., THOMAS BRATTER, CAROLE BRATTER, KEN STEINER, AND GWENDOLYN HAMPTON, | C.A. No. 04-11800-DPW |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT

Please enter my appearance as attorney for defendants John Dewey Academy, Inc.; Thomas Bratter; Carole Bratter; and Ken Steiner in the above-captioned matter.

I will be representing the above-named defendants along with Attorneys Joseph D. Steinfield, William A. Worth, and Paige A. Scott-Reed.

Respectfully submitted,

/s/ Jeffrey J. Pyle
Jeffrey J. Pyle, BBO #647438
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
(617) 456-8000

Dated: July 31, 2006

I, Jeffrey J. Pyle, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants on July 31, 2006.

/s/ Jeffrey J. Pyle