COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 04-11800DPW

| | |
|---|---|
| ADAM HELFAND, CARON HELFAND, AND MITCHELL HELFAND,<br>　　　　Plaintiffs<br><br>v.<br><br>THE JOHN DEWEY ACADEMY, INC., THOMAS BRATTER, CAROLE BRATTER, KEN STEINER, AND GWENDOLYN HAMPTON,<br>　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

### ASSENTED-TO MOTION TO EXTEND THE TIME FOR FILING AN OPPOSITION TO DEFENDANTS, THE JOHN DEWEY ACADEMY, INC., THOMAS BRATTER, CAROLE BRATTER, AND KEN STEINER, MOTION FOR SUMMARY JUDGMENT

The Plaintiffs request that the Court grant an additional fourteen days to respond to the Defendants, The John Dewey Academy, Inc., Thomas Bratter, Carole Bratter, and Ken Steiner's Motion for Summary Judgment. As grounds therefore, the Plaintiffs state:

1. Defendants, The John Dewey Academy, Inc., Thomas Bratter, Carole Bratter, and Ken Steiner filed a Motion for Summary Judgment yesterday. The Plaintiffs' opposition is currently due on August 14, 2006.

2. The parties have agreed to mediation, which is currently scheduled for August 14, 2006.

3. The Plaintiffs seek additional time to file an opposition to the Motion for Summary Judgment should mediation efforts fail.

1

WHEREFORE, the Plaintiffs request that the time to file their opposition to the Defendants' Motion for Summary Judgment be extended an additional fourteen days, to August 28, 2006.

> Respectfully submitted,
> The Plaintiffs,
> Adam Helfand, Caron Helfand, and Mitchell Helfand,
> By their attorneys,
>
> /s/ Djuna E. Perkins
> Laurence E. Hardoon, BBO# 221360
> Djuna E. Perkins, BBO# 561909
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116

DATED: August 1, 2006

Assented to by:

/s/ William A. Worth
Joseph D. Steinfeld, BBO# 478680
William A. Worth, BBO# 554086
Prince, Lobel, Glovsky & Tye, LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
(617) 456-8000
[Attorneys for Defendants, The John Dewey Academy, Inc., Thomas Bratter, Carole Bratter, and Ken Steiner]