COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 04-11800DPW

| | |
|---|---|
| ADAM HELFAND, CARON HELFAND, AND MITCHELL HELFAND,<br>          Plaintiffs<br><br>v.<br><br>THE JOHN DEWEY ACADEMY, INC., THOMAS BRATTER, CAROLE BRATTER, KEN STEINER, AND GWENDOLYN HAMPTON,<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR ORAL ARGUMENT

NOW COMES counsel for the Plaintiffs in the above-captioned matter and hereby requests an oral argument to assist the Court in rendering its decision regarding the *Plaintiffs' Motion to File Second Amended Complaint*.

                                            Respectfully submitted,
                                            The Plaintiffs,
                                            Adam Helfand, Caron Helfand, and Mitchell Helfand,
                                            By their attorneys,

                                            /s/ Djuna E. Perkins
                                            Laurence E. Hardoon, BBO# 221360
                                            Djuna E. Perkins, BBO# 561909
                                            BRODY, HARDOON, PERKINS & KESTEN, LLP
                                            One Exeter Plaza
                                            Boston, MA 02116

DATED: August 21, 2006