COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 04-11800DPW

| | |
|---|---|
| ADAM HELFAND, CARON HELFAND, AND MITCHELL HELFAND,<br>　　　　　　　Plaintiffs<br><br>v.<br><br>THE JOHN DEWEY ACADEMY, INC., THOMAS BRATTER, CAROLE BRATTER, KEN STEINER, AND GWENDOLYN HAMPTON,<br>　　　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the Plaintiffs in the above-captioned matter and certifies that they have attempted to confer with William Worth and William Rota, counsel for the Defendants regarding *Plaintiffs' Motion to File Second Amended Complaint* in a good faith attempt to resolve or narrow the issues raised in said motion.

　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　The Plaintiffs,
　　　　　　　　　　　Adam Helfand, Caron Helfand, and Mitchell Helfand,
　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　/s/ Djuna E. Perkins
　　　　　　　　　　　Laurence E. Hardoon, BBO# 221360
　　　　　　　　　　　Djuna E. Perkins, BBO# 561909
　　　　　　　　　　　BRODY, HARDOON, PERKINS & KESTEN, LLP
　　　　　　　　　　　One Exeter Plaza
　　　　　　　　　　　Boston, MA 02116

DATED: August 21, 2006