COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 04-11800DPW

| | |
|---|---|
| ADAM HELFAND, CARON HELFAND, AND MITCHELL HELFAND,<br>　　　　Plaintiffs<br><br>v.<br><br>THE JOHN DEWEY ACADEMY, INC., THOMAS BRATTER, CAROLE BRATTER, KEN STEINER, AND GWENDOLYN HAMPTON,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The parties stipulate that all claims in this action be dismissed, with prejudice. The parties further waive the award of interest, costs, and/or attorneys fees, and waive all rights of appeal.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiffs,<br>Adam Helfand, Caron Helfand, and<br>Mitchell Helfand,<br>By their attorneys, | Respectfully submitted,<br>The Defendants,<br>The John Dewey Academy, Inc.,<br>Thomas Bratter, Carole Bratter,<br>and Ken Steiner,<br>By their attorneys, |
| /s/ Djuna E. Perkins<br>Laurence E. Hardoon, BBO# 221360<br>Djuna E. Perkins, BBO# 561909<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 | /s/ William A. Worth<br>Joseph D. Steinfield, BBO# 478680<br>William A. Worth, BBO# 554086<br>Prince, Lobel, Glovsky & Tye, LLP<br>100 Cambridge Street, Suite 2200<br>Boston, MA 02114<br>(617) 456-8000 |

Respectfully submitted,
The Defendant,
Gwendolyn Hampton,
By her attorney,


/s/ William A. Rota
William A. Rota, BBO# 430760
75 North Street
Pittsfield, MA 01201
(413) 443-1900

DATED: February 7, 2007